(INND Rev. 1/21)

-FILED-
AUG 04 2023
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[Use this form to sue for employment discrimination. NEATLY print in ink (or type) your answers.]*

Nicole Liggins
_____,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Ford Motor Company
_____,
*[The DEFENDANT is who you are suing.]*

Case Number ___2:23CV269___
*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. My address is: __994 Deer Cross Trail Hobart IN 46342_____

2. My telephone number is: (_219_) 616-1244_____

3. The Defendant's address is: __12600 Torrence Ave Chicago IL 60633_____

4. This action is brought for employment discrimination pursuant to:

   ☑ Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17.
      *[race, color, gender, religion, national origin]*

   ◯ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 to 634.

   ☑ Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12112 to 12117.

   ☑ Other: __Retaliation ,Sex_____

5. I filed a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission on: __11/12/2020_____

6. The date on my Notice of Right to Sue letter is: __05/08/2023_____

7. The date I received my Notice of Right to Sue letter was: __05/08/2023_____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement using simple English words and sentences.

DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how the defendant discriminated against you.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I was subjected to discrimination due to my race,sex,age, disability  and retaliated against .

My employment started October 23 1995 . Since the above discrimination I have suffered

from debilitating migrains , Post-traumatic stress disorder,  Adjustment disorder with depressed mood.

I have suffered a stroke  and all the health issue listed above due to the nature of stress exacerbated

from different parties that are employed by Ford Motor Company .

I have evidence the proves the actions taken against me were unjust .

I have suffered emotional damages .mental anguish ,loss job benefits loss of profit sharing

placed on no work available due to dislibility .Forced to start retirement process  retire

Attachments 1-Complait letters to Ford HR department

Attachments 2-EEOC  Fords postition Statement , Response and supporting evedience

for Nicole liggins response to postition Statement .

Attachment 3- Awards , Performance Reviews , Support letters form direct report

Attachment 4- Ford Motor Company Policy -supporting company violations

Attachment 5 Social Seurity Admininstration Disability approval letter

Attachment  6- Open charge with EEOC against Ford Mortor Company for Disability

Discrimination.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 1/21)

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

Award monatary  for ....Punitive damages ,exemplary damages, pain and suffering

**DOCUMENTS** – I have attached a copy of the following documents:

☑ Charge Of Discrimination form filed with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission

☑ Notice of Right to Sue letter

☑ Other: evidence disputing clients actions

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_____    $Y$-4-2025_____
Signature    Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

New Orleans Field Office
500 Poydras Street, Suite809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 05/08/2023

**To:** Mrs. Nicole Liggins
994 Deer Cross Trail
Hobart, IN 46342
Charge No: 440-2021-00700

EEOC Representative and email:    KORY FASCIO
Investigator
kory.fascio@eeoc.gov

---

## DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2021-00700.

On behalf of the Commission,

Digitally Signed By:Rayford O. Irvin
05/08/2023
Rayford O. Irvin
District Director

Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a FOIA Request or 2) a Section 83 request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your request for the charge file promptly to allow sufficient time for EEOC to respond and for your review. Submit a signed written request stating it is a "FOIA Request" or a "Section 83 Request" for Charge Number 440-2021-00700 to the District Director at Rayford O. Irvin, 1919 Smith Street 6th Floor

Houston, TX 77002.

You can also make a FOIA request online at https://eeoc.arkcase.com/foia/portal/login.

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Enclosure with EEOC Notice of Closure and Rights (01/22)

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA Requests and Section 83 Requests, go to:
https://www.eeoc.gov/eeoc/foia/index.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>440-2021-00700 |
|---|---|---|

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.)<br>**MRS. NICOLE LIGGINS** | Home Phone<br>**(219) 616-1244** | Year of Birth |
|---|---|---|

| Street Address<br>**994 DEER CROSS TRAIL, HOBART,IN 46342** | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**FORD MOTOR COMPANY** | No. Employees, Members<br>**501+** | Phone No.<br>**(773) 646-3100** |
|---|---|---|

| Street Address<br>**12600 TORRENCE AVE, CHICAGO, IL 60633** | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-24-2020**  Latest **10-23-2020**

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Ford Motor Company on October 23, 1995. I currently work for the company as a Process Coach. I'm a management employee. In July 2020, I applied for the position of Lead Process Coach. After I applied for the position, the job posting was extended due to the company electing to hire two individuals for this position. I was interviewed for the position on July 30th. On or about September 24, 2020, I was falsely accused of being overly aggressive to my salaried peers. White male employees made these allegations against me in an effort to block me from being promoted to Lead Process Coach. On September 24, 2020, Dawn Gilmore, HR Associate, interviewed me regarding the allegations concerning my conduct. Ms. Gilmore threatened me with termination if I discussed this issue with an attorney or the EEOC. On October 22, 2020, Anthony Perez advised me that none of the candidates for the first posting of the Lead Process Coach would be promoted. Around this time, I learned that De Andre Calvin (black) was promoted to the second Lead Process Coach Position. He only had two to three years of work experience with the company. The company then posted for another Lead Process Coach, in October 2020.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Nicole Liggins on 11-12-2020 04:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>440-2021-00700 |
|---|---|---|

| ILLINOIS DEPARTMENT OF HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**MRS. NICOLE LIGGINS** | Home Phone<br>**(219) 616-1244** | Year of Birth |
|---|---|---|

| Street Address<br>**994 DEER CROSS TRAIL, HOBART,IN 46342** | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**FORD MOTOR COMPANY** | No. Employees, Members<br>**501+** | Phone No.<br>**(773) 646-3100** |
|---|---|---|

| Street Address<br>**12600 TORRENCE AVE, CHICAGO, IL 60633** | City, State and ZIP Code |
|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br>☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest        Latest<br>**09-24-2020    10-23-2020**<br><br>☒ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

**I began working for Ford Motor Company on October 23, 1995. I currently work for the company as a Process Coach. I'm a management employee. In July 2020, I applied for the position of Lead Process Coach. After I applied for the position, the job posting was extended due to the company electing to hire two individuals for this position. I was interviewed for the position on July 30th. On or about September 24, 2020, I was falsely accused of being overly aggressive to my salaried peers. White male employees made these allegations against me in an effort to block me from being promoted to Lead Process Coach. On September 24, 2020, Dawn Gilmore, HR Associate, interviewed me regarding the allegations concerning my conduct. Ms. Gilmore threatened me with termination if I discussed this issue with an attorney or the EEOC. On October 22, 2020, Anthony Perez advised me that none of the candidates for the first posting of the Lead Process Coach would be promoted. Around this time, I learned that De Andre Calvin (black) was promoted to the second Lead Process Coach Position. He only had two to three years of work experience with the company. The company then posted for another Lead Process Coach, in October 2020.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Nicole Liggins on 11-12-2020 04:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2021-00700 |

**ILLINOIS DEPARTMENT OF HUMAN RIGHTS** and EEOC

*State or local Agency, if any*

**Don Cox, Supervisor, would not allow me to apply for this position. Mr. Cox wouldn't give me a reason for his decision. On November 4, 2020, I was written up for inappropriate radio conduct by Don Cox, Supervisor. I believe that the above actions have been taken against me due to my sex (female), race (black), and in retaliation for having complained of false allegations being made against me, in violation of Title VII of the 1964 Civil Rights Act, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Nicole Liggins on 11-12-2020 04:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

*This complaint was closed out without Resolution.*

Nicole Liggins
994 Deer Cross Trail
Hobart IN 46342
219-616-1244
nicoleliggins@gmail.com
7/24/2019



Tiffany Orange
Complaint:
Ford Motor Company
12600 Torrance Ave
Chicago IL, 60633

Dear Tiffany Orange:

This letter is in reference to **ACTIONS TAKEN AGAINST ME AFETR SEVERAL INCIDENTS.**

On June 17, 2019 I was called in a conference room by Karen Yandel.

Karen asked: Nicole I probably should have asked you this a while ago, what all do you do?

I then proceeded to tell her all of my work assignments.

Karen then stated: After shutdown you must report to CSC, you will no longer be the Cycles Lead. You will just be a Process Coach at CSC on C-Crew.

As I sat in disbelief, confused and in a state of shock, I asked Karen why? As Karen searched for the words to say, she stated Development ...Yes its Development. With the tone of uncertainty.

I then asked what prompted this. Have I done something wrong?

Karen response again was its just Development.

Tiffany Orange
7/24/2019
Page 2

Prior to being displaced, I sent an email to Calvin Washington on March 20, 2019 stating concerns I had with Karen's Managing style.

Calvin stated that he would follow up with the concerns when he returned to work on June 25, 2019, which he never did.

Calvin also advised me to schedule time with Tiffany Orange to provide a statement.

Meeting was held with Tiffany Orange on June 26, 2019, I expressed that I knew Karen Yandel had never managed any direct reports and lacked floor experience. I also expressed, how long I had been in the role of Cycles Analyst and was a Subject Expert for the Cycles Role.

Tiffany suggested that I try using a SBI Model (Situation Behavior Impact). I agreed to try to do it. Time never permitted. Karen started canceling our 1:1 weekly.

I feel strongly that Calvin Washington made no attempt resolve communication issues between myself and Karen Yandel. I feel the existing friendship Calvin ad Karen has, caused Calvin to not want to get involve in addressing my concern.

From this incident stated above I feel **UNFAVORABLE ACTIONS Taken** against me, I was displaced to an unfavorable positions, and shift. I'm approaching my 25th year of service with Ford Motor Company.

As Cycles Lead I have made tremendous improvements to the Cycles Program. Over the course of the 6 /2 years I've reduced the cycle budget year over year. Stabilized the team of Cycles Checkers. Receiving 9 Awards of Recognition from 2014-To date for the follow **positive** impacts I've contributed to the **organization.**

- **Teamwork**
- **Bold Leadership (2)**
- **Extraordinary Effort (2)**
- **Significant Cost Reduction**
- **Extraordinary Team Work**
- **Extraordinary Effort/Performance**

For the last 4 years I was assigned by Calvin Washington to perform as back of the Production Control Team Manager Role. I covered the following Team Mangers in their absence.

- **Mike Weber**
- **Brain Hagan**
- **Don Cox**
- **Karen Yandel**

Tiffany Orange
7/24/2019
Page 3

I was assigned by Calvin Washington to populate an MP&L Training book /process for New Hire Process Coaches. This task was completed outside my scope of work, with great results.

I have managed over 500 different employees, I have 18 years of floor physical experience throughout the years.

I am well versed with our counterparts (UAW) Contracts and Guidelines. Which has allowed me to be successful in managing direct reports.

I have maintained my Scorecard, Performance/ Evidence Book at an overall rate of 95% green.

I have mentored peers within and outside of the MP&L Departments on several issues, just to name a few

- **Organizing Employee Profiles**
- **Preparations of Performance to Objects.**
- **Managing Direct Reports**
- **Scorecard, Performance/ Evidence Book**
- **General Process Coach Help**

Tiffany Orange
7/24/2019
Page 4

On June 18th 2019, I had a meeting with Calvin Washington the meeting was held at 6:45AM.

Nicole: The purpose of the meeting is to follow up and understand the move pertaining to me. What prompted the move?

Calvin: What did Karen tell you?

Nicole: Karen said it was is a developmental move. I heard that before form several Managers. I feel as Managers us the word developmental as a tool to get rid of employees and or punish them. I trying to figure out if I've done something wrong, for me this is a drastic move. Karen didn't provide any details about the sudden move. A discussion was never held on this move being part of my development. I know am a Process Coach and the scope of work at CSC is similar to MP&L Floor and Dock Process Coach Assignments.  What's the real reason?

Calvin: The game has change, The Sequence Center is the hottest thing going right now. We need people over there with good skill sets, in order to manage it. There's nothing else going on. I mean you earned the Top Achiever a year and a half ago, it's not a performance issue.
So I understand you have a lot of anise, but this is where we need you to go right now. I put Don over there, to me Don is like my right hand and I have him over there. I've been told to put my best talent over there. This is not about you messing up .This not about the Balance Out or any of that stuff. Yes we will be making changes to the Cycles Program Based off recommendations from staff. And getting rid of Nicole was not one of the recommendations. I just think it will benefit the Team with your background. That's all no more no less.

Calvin: What do you want to be? Do you want to get a promotion?

Nicole: Team Manager and yes

Calvin:  Don't you think you would have a better opportunity for you to get promoted to Team Manager. ?? It's gone be on you, and you handle it, what's your attitude, how you go over there. I'm looking at this as something positive

Nicole: Oppurtunity for what?

Calvin: When you had your discussion with Ryan you expressed to him that you were trying to get promoted, what role do you want?

Tiffany Orange
7/24/2019
Page 5

Nicole: Team Manager, I have been the backup for the Production Control Manager for the last four years.inn hearing Karen's role may be permanent for her now, where as it used to be temporary.

Calvin: Tomorrow John Savona is going to be here, he will be walking through CSC. We are asking 3 additional LL6's to put at CSC full time to cover each Crew...1don't know if that's going to go over, but that's what we are asking for .I'm just going to honest with you. My big Boss Todd that's what he wants, and normally what he wants he gets. So there's opportunity . I'm going to honest with you. it's going to be on what you put together and are your numbers better than everyone's else's, Are you blowing people away with the numbers are people working for you . I understand your anxiety about. I'll be straight up it's about managing people.

Nicole: so you fell that pulling me I would be a good candidate for one of the Team Managers spots?

Calvin: Yes with you skills and background and the way you manage people I do, yeah straight up I do.Ithinks it puts me in a winning situation, yes I do I got Cox and Todd over there I do. That is the hottest thing going right now.Ican't stress enough. It's a large Facility that is a critical part of Ford Motor Company .I've been kidding myself thinking it's going to get better. In order for this to get better you have to spend money and put resources over there .1 need players over there, I need people to go over there and get things done. I know you can do this. I understand where you head is right now.
I need you to get your head right about what you want to do over there. This is not about Nicole messed something up, it's not about that. And I'm serious ....Sequence Center is the hottest thing.

Calvin: The game has change, The Sequence Center is the hottest thing going right now. We need people over there with good skill sets, in order to manage it. There's nothing else going on. I mean you earned the Top Achiever a year and a half ago, it's not a performance issue. So I understand you have a lot of anise, but this is where we need you to go right now. I put Don over there, to me Don is like my right hand and I have him over there. I've been told to put my best talent over there. This is not about you messing up .This not about the Balance Out or any of that stuff. Yes we will be making changes to the Cycles Program Based off recommendations from staff. And getting rid of Nicole was not one of the recommendations. I just think it will benefit the Team with your background. That's all no more no less.

Tiffany Orange
7/24/2019
Page 6

On June 27th I was approached by Don Cox. Don cox asked if I knew what shift I was going to next week. I replied yes C- Crew. Don Cox said no its B- Crew. That's the open Job. (When in fact that was not the open job, the open job was on C-Crew). Gus Katsaros was moved from B- Crew to C- Crew to Be on Don Todd's Team.

I then asked what was going on and that I had already re-arrange my previous schedule appointments the best I could to accommodate C- Crew.
I then asked why he (Don Cox) was delivering the news to me and not my team Manager. Don Cox walked off.

I then asked Karen Yandel why she told me C-Crew, Karen Yandel then looked confused and said it was C-Crew.

Fact of the matter is that during a Shift Meeting Don Todd was asked why my shift was changed to C-Crew. Don Todd, Calvin and Don Cox disputed with another Team Manager about the move. Don Todd then says I've already had a turn with her (Her meaning myself Nicole Liggins)Don Todd also made the commit the he did not want them on his Team , ( them meaning Myself and Valerie Taylor) Both of these comments are gender discrimination and racial profiling comments . They are very offensive to not just myself but the company of those who did not agree with what was being said.

With all that being said why was Don Todd allowed to have 4 of his close friends and neighbors work under him. Don Todd was allowed to choose his team which was all white males and close friends. Mike Knapczyk, Mike Frassinone, John Gountanis and Gus Katsaros

On July 23r<sup>d</sup> I asked Calvin did he get any feedback on the additional Team Manager positions. Calvin's response was yeah I got approval for one now ............Why are you asking? I replied based off the conversations we had on June 18t<sup>h</sup> about me filling one of those spots. Calvin then responded that we never had a conversation about me getting anything.
At this point I was in a state of shock, not understanding why Calvin was not being truthful about the discussion that was held.

I need to understand why I was moved ......Could not have been for developmental reasons the work at CSC is no different from the work at the plant, I worked all areas at the plant in MP&L and the work is the same. I was told I being brought over to CSC for Leadership reasons. To this day I'm ranked as a Process Coach just like the rest of the Processes Coaches. The only difference is I have the most time knowledge and experience.

Tiffany Orange
7/24/2019
Page 7

On June 4th of 2019 Jeff DePompolo from Staff visited CAP. Jeff approached me and said he was doing an assessment of the Cycles Role.

Jeff asked me several questions about all the assignments I was tasked to do daily. I answered every question honestly. Jeff also asked me to send him the assignments via email.

One question in particular stood out from the rest ....Jeff asked: When did I start counting Balance Out parts? I replied December of 2018. Jeff asked: why so late? I replied My Team was instructed to count Launch Parts. Jeff looked as though I said something wrong and started shaking his head that should have never happened. I explained I did what I was told to do. Jeff asked me why I was doing other assignments that were outside of my scope of work. I explained these were task that was given to me. Jeff also communicated, that every Cycles Lead at other plant were GSR 8's and for the amount of work, parts and task that I was tasked with I should have been bumped t a GSR8 by now. I asked Jeff is=f I could have a copy of his summary. At the time Jeff said yes. Once he met with Calvin and Karen he said he couldn't show the summary to me. I was told by Calvin, the move had nothing to do with my interview ...this is questionable seeing how I was told on June 17th that I was being replaced. Jeff last day at CAP was June 13th. At that point Jeff said he would be back after shutdown. At that point I didn't know he was coming back to temporarily fill the Cycles Role and train the replacement.

To this day there is no replacement for the role I held before being displaced at CSC. When the move was made John Grzych was told he was replacing me in the Cycles role. John expressed that he was not going and in fact did not go. Why was the accommodations made for John and not me?????

Next it was announced that Hector Alvarez was he new Cycles Lead. Why I ask?? Prior to Hector going to launch his role was at CSC. Past practice is that when launch is over, individuals are to return to their last assignment. Instead I was displaced for Hector an employee that has 5-6 years to my 24 1/2 years. Not understanding why????

Now Hector has been pulled back to launch which leaves my past assignment STILL open snice July 8th of 2019.

Now Calvin has brought his Ex- Cycles Lead (Alicia Harrison) from Kansas City to fill the spot.

Justin Hope was also removed from CSC and placed on an unknown assignment, when prior to that Justin held a role at CSC. His removal left the lack of a Process Coach. Justin is yet another employee that has less than 3 years of service.

Tiffany Orange

7/24/2019

Page 8

Everyone in the MP&L office operating at a grade level GSR 8 and below has less service, time, seniority, experience and knowledge then myself. But yet and still I a removed.

The move for me doesn't appear to be development nor for leadership?????

The screen shots below represent my last two PR reviews. rt review from Don Cox the 2nd review from Karen Yandel.

Sincerely,

Nicole Liggins

Tiffany Orange

7/24/2019

Page 9

Final Overall Performance Rating:,|

     Rating

Performance to Objectives/Accomplishments

SAFETY Fatalities .0 Lost rm C.ase Rate ..89 f1O4 inanverrent) DART Rate , 2.8(1C¹-, 1m;foment) Z60 cartrellarie late MSS are FRYkl. eyIrxaA    Exceeded Most

DUALITY- MCRP • 401 Mott) semecards Reouce number cl wilco ano red occurrences h    Exceeded Most
     215 Ye 2017 taget -10 2;'16 Reds 4 2º17 target - Zero hems ielto4 HO for 3 consecutive months Pkt Intent

antra IndeMares November YTD average was 862 2016 Oivn MCRP Gaps no; tres ;    48,11 k1P8L resoonscte ohen ffers 112-112017 target is zao MP81. responsble ooen gas.    Exceeded Most

MARY- Meet Flat Internal Centrals heiext Mares to Scarerard Ob*tive. Meet %s , AeCrea. Meet Unhooked Cycle Aslslments Meet Pending Offie Hustments., COST 2t17 Orate Target el 167Ktrot 2H and 2016    Exceecal Most

Cide Perforpance was 17M Tor cycle losses we 194 fm the 2016,    Exceeded Most

PEOPLE Continue to Report 10.16 rahorts All tools needed to be sunssful. Unlike flo have good walking relationships with UAW. Remgrke team marmars for their das6— kiftg efforts irede EMARON#MENMENERGY    Exceeded Most

ComPlrara = loR

One Ford Behaviors    *NY Effective

 1. Fester Fundrarial aid Tedrical Excalence

 2.  Own Yiffisking    Effelne
Together    Effedive

 3.  Rcie Medd Ford    '4¹Y Effesive
Values

**Mger Comments**

 movice brief Dwelt on LI etiedfifies aid periomme to objectives: demonstraton al One Fad Makin and areas of focus over the nal perkrmance period.

Seddon Canne & Comments

by Donald Cox JR.:
Nicole has An _____ usaated deep kreAehge of invenory sysians, cyde furdions. and matte/Am boxieoxrceptionl job knowledge enables her to adapt and handle convex assignments j exc Saudi Re-integraton process- for vith she was racogrtea for Outsaging Team work as well as exhbiting One Ford Leadership behaviors) Nicole continualy mortars business comft:0s ana airlusi6 ner Teams prionties as needed. Nicole through her &ions, eesue sprat eSS CISOOfine wdffe persuadeig oll has tab inenie and outside her Orgatatia08) to Sankshi proCeSSES as needed j example ODC prOoress - while affeadk establehed Nimie has engaged the MP8L Team he effedive ODCing - recognizing ,S157K in supiAr descrepand. Nicole takes on addlonal roOrsbilties %lout hesitation -assishng the team with alignment of Ousiness Oates Sne is the lead for allocating and gnicturing work life balance for the matena contrd Team) Wriiner action, The kIP8L department nas reaignOll best ever resuls in areas of cost

Tiffany Orange

7/24/2019

Page 10

2018 Performance Review for Nicole Liggins

pve 22, 2pt, o, Inform 24, hl 5.1-cirs Rvrtrtnancyz .kk-nnnldishine 1                    0,..,d1?zrt,marla Pnr g People mca Came= Ym

Section Comments:

Subjects Comments

- Throughout the year I have been able to ensure all responAJle areas of assigned tasked are completed, before leaving for the day and or que date.
- I have without hesitation worked extra hours assisting the 2020 Launch Team, without impacting my schedule workload.
- On a daily basis I strive to demonstrate being a "Team Player 1One Ford Behaviors which are imperative to the Departments success.
- I have the ability to set priorities and adjust them as needed when the unexpected arise.
- Will ask questions and ask for guidance when not sure of what to do.
- I have the ability to work on my own , without being Micro- Managed .
- I have excellent oral and written communication dolls.
- Always follow through , providing detailed information.
- Open to take in knowledge and skills from others
- Very supportive of coworkers and direct reports
- I have the ability to teach and inspire others to do better.

:211:

Final Overall Performance Rading

hio. the emoinf.rn fad mQs using no &op don. room so thae

- Final °recall

Perbxtrance Rating: A4/810,

People Leader Comments

rt. ors,*: :net owner- on,ky olpeCveo ard ___Ix  area Cine r.d $B0a4's.$ ard areas d laa CVX 7,2 'Sr meo,narso oereO

Year End Discussion

hatuse Ono «-ex  $=miry. Nit$

Tiffany Orange
7/24/2019
Page 12

 Gmail

## FW: S-B-I Model

**Liggins, Nicole (.)** <nliggins@ford.com>
To: Nicole Liggins <nicoleliggins@gmail.com>

Tue, Jun 18, 2019 at 6:37 AM

*Nicole Liggins*

Cycle Checker Process Coach - Parts Control
Ford Motor Company - Chicago Assembly Plant (CAP)

12600 South Torrence Ave

Chicago, H 60633

nliggins@ford, corn

1-773-646-7229

**From:** Orange, Tiffani (T.D.) <torange@ford.com>
**Sent:** Monday, March 25, 2019 11:28 AM **To:**
Liggins, Nicole (.) <nliggins@ford.com> **Subject:**
S-B-I Model

Hi Nikki,

Here is the SBI model I referred to on Friday. I'm happy to review it with you in greater detail, but this gives you an overview.

# Situation Behavior Impact (S-B-I) Model



## Using the S-B-I Model, each participant will provide feedback:

1. Describe the Situation

2. Describe the Behaviors you observed

3. Describe the Impact it had

4. Describe what action plans could be implemented going forward

Tiffani Orange

Salaried Personnel

Supervisor Chicago Assembly

Plant Office: 773-646-7523

Email: torange@ford.com



# Situation Behavior Impact (S-B-I) Model



Using the S-B-I Model, each participant will provide feedback:

1. Describe the Situation
2. Describe the Behaviors you observed
3. Describe the Impact it had
4. Describe what action plans could be implemented going forward


Tiffani Orange

Salaried Personnel Supervisor

Chicago Assembly Plant

Office: 773-646-7523

Email: forange@ford.com



April 13, 2023

Nicole Liggins

994 Deer Cross Trail

Hobart IN,46342

RE: Charge Number :440-2021-01599

Charging Party: Nicole Liggins Response to Respondent: Ford Motor Company Position Statement

Based on the information and supporting factual documentation presented within this packet, Case Number 440-2021-00700 cannot be closed.

A. There are enclosed witness statements.
B. There is a documented timeline of events to refute the malicious and inaccurate allegations within this case.
C. Evidence Per Ford's Job's Online Policy for Eligibility and Applicant Roles that were not met by the selected candidate for the promotional position.
D. Charging Party's performance history, accomplishments, current and Prior work experience, 12 years of MP&L systems, and demonstrations of effective leadership behaviors on the job.

A thorough review of all information henceforth needs to be conducted before this matter is turned over to the U.S. Department of Human Rights.

It should be noted on the record that, Tim Salna, the employee that was selected for the position of Lead Process Coach, resigned from the position within three to four months. He took a lower role which only encompassed twenty percent of a Lead Process Coach's duties. Mr. Salna never held a leadership role at Ford nor at his prior work location, Dakkota Integrated Systems. Mr Salna held the position as a Cycle Counter (which the Cycle Counter at Ford is held by hourly reports). This is a true statement based off my interaction while holding the position as Cycles Lead GSR Process Coach. When counts were needed, I would correspond with him and he would provide the counts. Mr Salna at the time of his current and prior role never managed / supervised any direct reports before being placed in the Lead Process Coach position. This is a direct conflict with the statement of qualification provided by the respondent, Tiffani Orange, HR Salaried Personnel Team Manager.

April 13, 2023
Nicole Liggins
994 Deer Cross Trail
Hobart IN,46342

RE: Charge Number :440-2021-01599
Charging Party: Nicole Liggins Response to Respondent: Ford Motor Company Position Statement

Based on the information and supporting factual documentation presented within this packet, Case Number 440-2021-00700 cannot be closed.

    A. Violation of Ford's Job's Online Policy for Eligibility and Applicant Roles that were not met by the selected candidate for the promotional position.
    B. Charging Party's performance history, accomplishments, current and prior work experience, 12 years of MP&L systems, and demonstrations of effective leadership behaviors on the job.
    C. Documented timeline of events to refute the malicious and inaccurate allegations within this case.
    D. Enclosed witness statements to substantiate actual events that took place.

A thorough review of all information henceforth needs to be conducted before this matter is turned over to the U.S. Department of Human Rights.

It should be noted on the record that, Tim Salna, the employee that was selected for the position of Lead Process Coach, resigned from the position within three to four months. He took a lower role which only encompassed twenty percent of a Lead Process Coach's duties. Mr. Salna never held a leadership role at Ford nor at his prior work location, Dakkota Integrated Systems. Mr. Salna held the position as a Cycle Counter (which the Cycle Counter at Ford is held by hourly reports). This is a true statement based off my interaction while holding the position as Cycles Lead GSR Process Coach. When counts were needed, I would correspond with him, and he would provide the counts. Mr. Salna at the time of his current and prior role never managed / supervised any direct reports before being placed in the Lead Process Coach position. This is a direct conflict with the statement of qualification provided by the respondent, Tiffani Orange, HR Salaried Personnel Team Manager.

Two of the complaints were filed after the Lead Process Coach-MP&L position was posted/after the Charging Party interviewed for the position.

> Complaint #4 was filed on August 11, 2020, by a white male salaried employee (S. Smitka), alleging that the Charging Party had used profanity when speaking to her supervisor about him on August 7, 2020.

- ***This is an un-true statement. Was there confirmation from Don Cox that I used profanity? Steve Smitka is the one that was cussing on the phone which was on speaker at Don Cox desk. Smitka was yelling at Don, I asked Don if he was going to allow Steve to speak to him in that tone. I never used profanity.***

> Complaint #5 was filed on August 24, 2020, by a white male salaried employee (G Katsaros), alleging that the Charging Party had yelled at him in an open forum, and had used profanity when criticizing his work performance in front of his subordinates on or around August 19, 2020.

- ***This is an un-true statement. I was sent to CSC by Don Cox. The numbers were dropping on the board, and I was sent to see what help was needed. I asked Gus and Jahada to step out of the office for a sec. At the time David Norfleet was with me when the conversation was held. (See attached statement)***

See attachment 3 for copies of the complaints.

The Respondent has no information to indicate that complaints 4 and 5 were filed with malicious intent, or to prevent the Charging Party from being selected for promotion. Mr. Smitka applied for the Lead Process Coach position (and was also not selected); Mr. Katsaros did not.

- ***As with any confidential information, nothing is ever confidential. The two gentlemen mention above have been employed with Ford for the last 5-6 years if even that long. I have worked with Gus and have never had any issues with our working relationship. Gus along with all the other male and female peers have all been trained by me at some point. (See award given by Calvin Washington (MP&L Department Area Manager) for developing a 4-day New Hire training program for MP&L, in which I facilitated to all Salary new hires into the MP&L Department.***

- ***Gus would always have nothing but good accolades when speaking about me to me.***
- ***I couldn't understand why Gus would have fabricated the complaint against me. All I've ever done was help him and others based off my experienced and knowledge.***

Complaint #2 was filed on March 2, 2020, by a black female hourly employee (A Strong), alleging that the Charging Party had exhibited inappropriate and disrespectful behavior in February and March 2020, including calling one colleague "stupid" and screaming at another colleague to "shut up", which caused the colleague to cry.

- *Althoris Strong has a long-standing history of being a difficult employee to manage, and has displayed rude, inappropriate, disrespectful, and inappropriate radio etiquette daily. This has been experienced not only by me as a General Salary Process Coach but as well as all my other peers, her peers and or higher levels of Management within the MP&L organization.*

  *To start I will go back to the 1st encounter with Ms. Strong.*
  *The year of 2016 Ms. Strong was selected for a bid as a Cycle Checker. The transition from her current role as a General to a Cycle Checker was difficult.*
  *During the training process Ms. Strong refuse to absorb the information she was being given by her peers as well as myself and my Team Manager at the time Michael Weber.*

  *I have documented several poor work performances issues that resulted in sit downs with the UAW and several sit downs with myself and Team Manager. (Can be provided upon request)*
  *On several occasion my Team Manger witnessed Ms. Strong yelling and speaking to me disrespectful on phone conversations that were held on speaker phone calls.*
  *The mistakes that were being made caused several part shortages that impacted productions and expediting of part which resulted in the rise of premium freight cost to the company.*

  *Day by day my Team Manager tried to address the issues with Ms. Strong to no avail. My Team Manager decided to speak with our Area Manager Calvin Washington about our concerns ... Mr. Washington took a hands-off approach and didn't provide any resolution.*

  *One Friday Morning (dates can be provided from LRO what I'm speaking on below) I had a routine of going down to B -43 the location of the Cycle Checkers office to go over each employees' books and problem parts. The desk I would sit at was the desk Ms. Strong occupied M-T Dayshift.*

  *On the desk was a not in Ms. strong handwriting stating "Stay the F*** off my desk or you will find yourself buried 6 feet below "something to that effect (actual note can be provided upon request). I call Mr. Weber and he insisted that I report it to LRO. This was a direct threat on my life and horrible example of inappropriate behavior.*

  *LRO (Labor Relations Organization) lunched an investigation, the result concluded that Ms. Strong was indeed threating to do harm to me. The 1st penalty LRO decided upon was termination. I expressed that Ms. Strong had 28 years at the time, asked if declassifying her from the Cycle Checking role returning her to CSC (Chicago Sequencing Center) along with giving her a lessor penalty would be ok.*

"I began working for Ford Motor Company on October 23, 1995. I currently work for the company as a Process Coach. I'm a management employee."

The Respondent acknowledges that the Charging Party began full-time employment with the Respondent on October 23, 1995, as an hourly employee and transferred to the salaried rolls on September 27, 2010. The job classification held by the Charging Party is currently "Process Coach-MPL", where "MPL" refers to her department: Material Planning & Logistics. As a Process Coach, she supervises hourly operators, but the role of Process Coach is a "General Salary Roll" Grade 6-7 position, not a management position.

- *In repones to above I started as an hourly employee in which I held a Team Leader position from 2019 -2010. The Position was tasked as a go between position for hourly reports and Salary Supervisors. I was authorized to place hourly peers on job assignments, lead the group as needed. Basically, running the zone.*

- *To speak to my experience and knowledge acquired during that time span: I worked in the Paint Department closely alongside the front-line supervisors at the time. I held weekly group meetings without the Supervisor present served as a troubleshooter for issues within the group. I was a Team Leader for all the areas in the Paint Department. At the time there were 128 jobs in the department in which all I could perform.*

- *2010 I was approached by numerous salary team members from various departments to encourage me to transition from hourly to salary. It was not until the 10th Salary member I decided to transition to a Salary Supervisor. During that time, I performed as a supervisor in every department. In the absence of the MPS Role (which is now considered as a Lead Process Coach) I was selected as the back fill for MPS (Now titled Lead Process Coach) in their absence. I even trained one of the MPS Leaders how to do the MPS job once he was selected for the position. I applied on several occasion for the MPS role but was never considered for an interview.*

- *When asked by the EEOC Investigator what my current position was, I stated MP&L Process Coach. The investigator asked if I was hourly or salary. I stated Salary. The investigator asked if I managed hourly reports I said yes. I never knew Ford described Salary Supervisors/Process Coaches as "General Salary Rolls". In this General Roll the Respondents speaks of, I do manage/ supervise direct hourly reports.*

*At this point I was mentally drained, embarrassed and didn't know what to do. The other Team Leader was in the office at the time and witnessed the entire incident. (Ray Flores)*
*I stepped out of the office because I had begun to cry out of frustration from lack of support from the leadership team when it came to dealing with Ms. Strong.*
*I called my Team Manager Dox Cox, crying saying I couldn't do this more and felt like my head was going to explode due to the constant migraines occurring around Ms. Strong's behavior.*

*While on the phone Ms. Strong comes out of the office and brings me tissue for the tears, I allowed her to cause.*

*Complaint 2 is not a valid complaint the incident happened to me. I was warned by the Union Rep that if I held this hearing on Ms. Strong the Union would request an investigation on me. He also stated due to me not allowing employees to leave before their shift ended and all the other inappropriate actions that I corrected while supervising/ managing the hourly reports, this would give them the opportunity to diminish my character.*

*Ms. Strong Fabricated the compliant and that's how the hourly employees were given the opportunity to lie and make up untrue statements.*

*There are several supervisors that can speak to the long-standing inappropriate behavior issue with Ms. Strong. Several past supervisors that have departed from the company will provide written notarized statements if needed.*

*David Norfleet*
*Gus Katsaros*
*Charlie Wilson*
*Gary Rankin*
*Roderick Morris*
*Bill Rensselaer*
*Mike Weber*
*Brian Leonard*
*Julian Ledesma*
*Justin Hope*

*The comment made by the Respondent on page one, paragraph two (*The Respondent is committed to a respectful and inclusive work environment that promotes a culture that encourages every individual to contribute to the business success of the Company, values the differences in employees' backgrounds and skills and manages the benefits that are derived from a diverse workforce. The Respondent recognizes that diversity in our workforce is an asset, and we strive to provide an inclusive work environment in which different ideas, perspectives, and beliefs are respected and collaborative relationships are fostered)

*This comment is simply not true this Chicago based facility of Ford Motor Company has a long-standing pattern of being bias, displaying disparate treatment and retaliatory actions against members of the Salary workforce. (Please refer to ALL the complaints your office (EEOC) has received from Fords Chicago against the HR Team at Chicago Assembly Plant, Dearborn's Corporate office place and external team from Dearborn in the plant to handle all further complaints from salary reports. Due to the unfair practice.*

"On or about September 24, 2020, I was falsely accused of being overly aggressive to my salaried peers. White male employees made these allegations against me to block me from being promoted to Lead Process Coach. On September 24, 2020, Dawn Gilmore, HR Associate, interviewed me regarding the allegations concerning my conduct."

The Respondent denies that the Charging Party was falsely accused of aggressive behavior. In 2020, to date, five harassment complaints have been filed against the Charging Party by both salaried and hourly colleagues, following multiple incidents of rude, aggressive and/or unprofessional behavior.

- _**What were the multiple incidents and dates of rude, aggressive and or unprofessional behavior.?**_

Three of the complaints were filed prior to the Lead Process Coach-MP&L position being posted.

- _**Why was I afforded the opportunity to interview if three of the five complaints were filed prior to the Lead Process Coach -MP&L position?**_

  Complaint #1 was disclosed by the Charging Party herself; as part of an investigation into her complaint against a managerial employee, she admitted that on February 13, 2020, she hung up on him during a work conversation; this behavior was confirmed by multiple witnesses.

- _**On February 13, 2020, around lunch, I was approached by a few of the fork drivers that Quality sorters were set up in the charging station area. The employees express that they could not plug their lifts in to charge during lunch and breaks (which is the normal daily practice). I walked to the area to advise the sorters to relocate due to safety concerns and the need for the lift drivers to navigate in and out to charge lifts. The sorters said OK and seemed to understand why they needed to move. Around 12:15pm, while standing outside the CSC office with no one around I received a call from the SHO Center Team Manager Don Todd...Don Todd called yelling, and cursing at me saying I don't have no F\*\*\*\*\*\* authority to tell anyone anything. I then stated to Don Todd that I was hanging up my phone and was not going to be subjected to the verbal abuse and the yelling and this is my personal phone so goodbye. 12:38pm Don Todd texted me saying that's an HR Issue hanging up when having a discussion. I will call Cox. See attachment.**_
  _**I called Don Cox explained what happened and he responded by saying send a statement to HR.**_

  _**The Respondent has stated that I admitted hanging up. The tone in which the respondent stated is not that I just hung up...I informed Mr. Todd that I was ending the call. It wasn't a work conversation on Don Todd's part. He was yelling and cursing and very aggressive in his tone.**_

The Respondent confirms that the Charging Party was interviewed by HR Salaried Personnel Associate, Dawn Gilmore (Black female), on September 24, 2020, about all the allegations, as part of the investigative process.

The Respondent's Salaried Personnel Office has completed a full investigation into each allegation, and all allegations have been substantiated by multiple witnesses of different races and genders. Disciplinary action has been authorized and will be administered upon the Charging Party's return from a disability leave which began mid-November 2020. See attachment 4 for investigation summaries and disciplinary documentation.

- *Multiple witnesses included hourly reports from CSC (Chicago Sequencing Center). This building is one of the five floor areas of MP&L. The witness statements the Respondent has provided should be considered subjective. Due to the nature in which I had to correct bad and inappropriate behavior via hearing held, write ups given, docking time from employees for leaving early and or being late. Basically, doing my job" holding employees accountable" Most employees did not favor being manage/supervised by myself.*

- *The area has a long-standing history of the Direct Reports doing as they wish and not adhering to Ford's work standards practices. Examples are leaving work 2-3 hours before shift ended, performing poor, taking 1–2-hour long breaks, arriving late for work, sleeping on the job, etc.*

- *When the Respondent solicited statements for the hourly personal, this allowed employees open opportunity to retaliated towards me. This was done by providing false statements in efforts to have me removed from CSC and to help get me disqualified from being selected for the Lead Process Coach position. This act should be considered Group Contagion lead by A Strong. (See attachment Character Letters from hourly Employees)*

- *Per my 2019 Performance Review One of my Opportunities were: due to being a seasoned /tenured employee I was tasked with taking a more leadership role, utilizing my previous background to help develop skill set of team member's. (See attached 2019 performance review page 3)*

Mr. Cox confirmed in his interview on September 16, 2020, that he has conversations with her during touchpoints or one-on-one conversations, that people perceive her interactions with them as abrasive and negative because of her tone. He further stated that they had discussed this during a career development discussion, and she was aware it was something she needed to work on.

- *This statement is not truer. Cox never stated to me that people actual perceive my tone or interaction as abrasive. (Please take note of the Performance Reviews submitted by Don Cox)*

See attachment 5 for interview statement excerpts and for a copy of the November 2020 Notice of Performance Counseling.

- *This copy of the November 2020 Performance Counseling was explained to me by Don Cox that this copy would stay with him, and based off Rod Morrisons statement he would do further investigations on the issue. Don Cox also stated he did not hear the alleged inappropriate conversation on the radio but was instructed to write me up. On the form the Respondent has attached should have in my handwriting a statement not in agreement with the write up.*

"I believe that the above actions have been taken against me due to my sex (female), race (black), and in retaliation for having complained of false allegations being made against me, in violation of Title VI' of the 1964 Civil Rights Act, as amended."

The Respondent denies that the employee was not selected for promotion, was given coaching/counseling regarding her behavior, and is now subject to disciplinary action, due to discrimination based on race or sex, or as retaliation for having complained about allegations made against her. At minimum, there is no support for the allegation that she was not promoted because she was Black; one of the open positions was filled by a Black person.

- *Per Calvin Washington during a phone call, I was selected for the promotion initially. Washington went on to say that things were out of his hands. Also, that I have the support from himself and Don Cox to receive the position.*
- *The Respondent statements. Is not true in fact the announcement for the position was held up due to the 5 false allegations while the Respondent investigated.*

Complaint #3 was filed on March 6, 2020, by a black female managerial employee (K Yandle), alleging that she had observed the Charging Party displaying poor radio etiquette on March 5, 2020; when this same manager called the Charging Party to discuss the incident, the Charging Party hung up on her.

- *On March 5,2020 I was in the CSC restroom when the call from K Yandle came through on the radio. Ms. Yandle kept demanding to speak with me, my peer Xavier Wilson answered the call he kept explaining that I was unavailable and what could he help her with. Ms. Yandle became furious and in an improper tone yelled and stated "I WANT TO SPEAK TO NICOLE ...at that point the clerk in the office said what's wrong with that lady.*

  *Once I was done in the washroom, I called Ms. Yandle asking what did she need?*

  *Ms. Yandle's response was in a nasty tone" Let me tell you something? I replied "Please don't talk to me as if I'm a child, if calling about the part shortage we are still looking for it and if we find ill call it out on the radio. Then I said I must go I've had another hot part I'm looking for.*

  *So, No I did not hang up on Ms. Yandle. (A Statement can be provided from Xavier Wilson upon request)*

"In July 2020, I applied for the position of Lead Process Coach. After I applied for the position, the job posting was extended due to the company electing to hire two individuals for this position."

The Respondent confirms a Lead Process Coach job opportunity (salary grade 8) was posted on its internal online job board on July 16, 2020. The original posting dates were July 16-23, 2020; the Charging Party applied to the position on July 22, 2020.

On July 20, 2020, a second Lead Process Coach-MP&L position at the nearby SHO Center (a satellite facility approximately one mile from the Chicago Assembly main facility) became open when the incumbent resigned from the company. As a result, the original posting was updated to reflect the need for two Lead Process Coaches for MP&L, and the posting was extended another week, through July 30, 2020. See attachment 2 for a copy of the posting.

"I was interviewed for the position on July 30th."

The Respondent confirms that eight employees applied at this time for the two positions; seven employees (including the Charging Party) were selected for an interview. Of the eight candidates, three (including the Charging Party) are Black females, two are Black males, and three are white males. The Respondent confirms that the Charging Party was interviewed for the position on July 30, 2020.

- **_What are Ford's criteria's for being selected to interview for a promotional position?_**

- **_What's the required Applicant Role that must be affirmed? (See attached Ford's Jobs online Policy?_**

- **_How long was Tim Salna in the current position (at time of Job Selection)?_**

  **_10 months_**

- **_What Skills did Tim Salna possess required to perform the role?_**

**_Tim Salna's position before promotion was MRC, positions before that were working for Dakkota (a company that works under Ford's management). At that company Tim worked as a Cycle counter which did not Supervise /Manage any direct reports._**

- **_Has Tim Salna ever worked all areas on the floor within the MP&L organization?_**
  **_- No_**

"Ms. Gilmore threatened me with termination if I discussed this issue with an attorney or the EEOC."

The Respondent denies that Ms. Gilmore threatened the Charging Party with termination at any time. At the beginning of the interview on September 24, 2020, Ms. Gilmore read the standard opening statement to the Charging Party: "You have been asked to speak with me as part of an open Company investigation. This conversation is private and may not be recorded. The conversation must also remain strictly confidential. You may not discuss our conversation with anyone. Breaches of confidentiality may lead to disciplinary action."

- *__Ms. Gilmore threatened my Job as well. Ms. Gilmore stating, she didn't say that is subjective.__*

Towards the end of the interview, Ms. Gilmore read the standard closing statement to the Charging Party: "I want to ensure that you are clear that you should not contact anyone mentioned in this interview, as it could be viewed as retaliation. Are you in agreement?" and the Charging Party responded "Yes."

Investigators make these statements to ensure employees do not talk with other employees about what was discussed in the interview, to protect the integrity of the investigation, and prevent employees from retaliating or otherwise interfering with the investigation. These statements are not meant to prevent employees from speaking with outside counsel or the EEOC.

Ms. Gilmore recalls that at the conclusion of the interview, the Charging Party asked if she could tell her attorney; Ms. Gilmore denies telling the Charging Party that she was not permitted to contact her attorney.

- *__Ms. Gilmore did in fact tell me I could not mentioned the interview to the EEOC nor my Attorney. This is another subjective response.__*

*never been removed. The removal was retaliatory, for me expressing concern about the micro-managing style Karen Yandel displayed.*

These decisions were made without regard to the Charging Party's sex or race. The Respondent has a long-standing policy against discrimination and harassment of employees. It is respectfully requested that this complaint be dismissed.

- *This comment is simply not true this Chicago based facility of Ford Motor Company has a long-standing pattern of being bias, displaying disparate treatment and retaliatory actions against members of the Salary workforce. (Please refer to ALL the complaints your office (EEOC) has received from Fords Chicago against the HR Team at Chicago Assembly Plant, Dearborn's Corporate office placed an external team from Dearborn in the plant to handle all further complaints from salary reports. Due to the unfair practice.*

*In conclusion, I again reiterate this case remains open with the EEOC. I am requesting the EEOC do its due diligence by making sure this case is in the correct jurisdiction for review. The evidentiary details within this packet are substantially accurate and irrefutably prove I have a sound basis for this complaint.*

Sincerely,
Nicole Liggins

If further information is needed, please feel free to contact me at 219-616-1244
nicoleliggins@gmail.com

Attachments:

"Don Cox, Supervisor, would not allow me to apply for this position. Mr. Cox wouldn't give me a reason for his decision."

The Respondent confirms that Don Cox did not permit the Charging Party to re-apply for the Lead Process Coach position. This decision was not discriminatory in nature; none of the original applicant pool was permitted to reapply when the posting was made in October. Insufficient time had passed since the original interviews, to enable significant change in any of the candidates' promotional readiness.

- *At the time of my interview, I was Promotion Ready (See all attached Performance Reviews, Accolades, and accomplishments).*

-
- *There are several Salary employees that have been promoted inside and outside of the MP&L organization that has been subjected to numerous complaints before and during their interview process.*
  *1. Ron Woods -was allowed to fill a Team Manager Roll until discipline fell off his record*
  *2. Gelinda Lee- was promoted to Lead Process Coach while undergoing several complaints being investigated*
  *3. Kris Metlock- was promoted twice while having hourly complaints investigated*

"On November 4, 2020, I was written up for inappropriate radio conduct by Don Cox, Supervisor."

The Respondent acknowledges the Charging Party's Team Manager, Don Cox, gave a Notice of Performance Counseling to the Charging Party on November 6, 2020. It was to serve as a coach and counsel session relative to proper radio etiquette, including tone, based on a reported lack of radio etiquette or professionalism displayed by the Charging Party on November 4, 2020.

- *The notice that Mr. Cox gave was based off false allegations, I asked that Roderick Morrison come in the conference room to be asked what I said on the radio and what*

*position as Cycles Lead GSR Process Coach. When counts were needed, I would correspond with him, and he would provide the counts.*

- *Mr. Salna at the time of his current and prior role never managed / supervised any direct reports before being placed in the Lead Process Coach position. This is a direct conflict with the statement of qualification provided by the respondent, Tiffani Orange, HR Salaried Personnel Team Manager.*

The Respondent confirms that one of the eight internal applicants, Mr. Calvin (Black) was selected for the second open position; the Respondent confirms that he began working for the Respondent on September 17, 2018. However, unlike hourly promotional opportunities, duration of Company service is not a significant or controlling factor in salaried promotional decisions.

- *Both selected applicants had not been in their rolls for a minimum of 18 months (See attachment Jobs Online Eligibility and Applicant Role)*
- *Mr. Salna only had 10 months of service when approached to take the position.*

With respect to the position at the main assembly plant, the hiring manager determined that none of the remaining candidates' applications or interview performances was strong enough to warrant promotion to the position. The position remained open.

- *Please refer to all the Performance reviews attached an attachment is also included for explanation of why I was awarded.*
- *Please take not of the Award and Recognitions given for:*
  *Bold Leadership- (one of the two was given by Calvin Washington himself)*
  *Extraordinary Effort*
  *Extraordinary Teamwork*
  *Extraordinary Effort/ Performance*
  *Certificate of Apperception*
  *Cost Savings*
- *In addition to the above I was also assigned as a Back-Fill in the absence of the MP&L Materials Team Leader Position for 5 years consecutively this directive was given by Calvin Washington (MP&L Team Manger)*
- *Tim Salna nor De'Andre Calvin at the time being selected had never performed managerial task.*
- *After my CSC assignment I was selected and tasked with the Launching of North Pointe (A New Metered facility for Chicago Assembly plant.*

*was the nature of my tone. Roderick confirmed that had not spoken in an inappropriate matter.*

As noted above, this formal performance counseling is not the first time the Charging Party has been advised that her behavior at work is inappropriate and is contributing to her lack of advancement. The Charging Party has been provided with verbal and/or written counseling on multiple occasions, including the following:

- *When, Where Why and What are the dates the advisal of what the Respondent is claiming?*
- *Please provide the written data to support the claims.*

The Charging Party's previous manager, Karen Yandle, verbally counseled the Charging Party during a 1:1 about respect and professionalism on February 5, 2019, after the Charging Party turned her back and rolled her eyes at her in the middle of a work conversation.

*This incident never happened, what was the work conversation about? where is the data to support this false claim?*

Ms. Yandle mentioned the Charging Party's need to reduce her confrontational approach during her year-end performance review.

- *There was no mention of me having a confrontational approach during the one-year end Performance Review Ms. Yandle completed with no comments noted from herself Yet agreed with the comments I completed about myself. (Please refer to the 2018 Performance Review attached*

Ms. Yandle verbally counseled the Charging Party as recently as March 5, 2020, about her combative and disrespectful tone on the telephone; the Charging Party hung up on Ms. Yandle during the counseling session.

- *This statement was stated above in the Complaint #3 and has been spoken to of the actual events that took place.*

- *There is a letter/complaint attached that was sent to the Respondent on 7/24/2019. This complaint was closed out without any resolutions.*

- *The Respondent herself Tiffani Orange when discussing my concerns with Ms. Yandle agreed that Ms. Yandle had never managed direct reports (but and still was given the role as Team Manger ??) and it was going to take her a bit to adjust. Ms. Orange offered a tool to help Ms. Yandle understands my concerns. This was to be presented at our next 1:1. Ms. Yandle canceled all the future 1:1.*

*Clearly Ms. Strong appeared to have been suffering from something and I didn't want to cause the loss of her job to constantly have me in fer for my life.*

*The incident is recorded with the Chicago Police Department. (June 17, 2016, police report attached)*

*June 17,2019 I was told by Karen Yandel that I would be reporting to CSC after shutdown, and that I would no longer be the Cycles Lead. I asked why? Karen appeared to be thinking of an explanation as to why I was being removed out Of a Job that at the time and still is a Subject matter expert in that role. (Please refer to all the performance reviews and Recognition Awards received during the 7 years of preforming that role).*

*Karen Yandel started it was for development (a term Ford Upper management uses consistently when retaliation is being enforced)*

*The concern with this move for "development "was that I am being the more seasoned and tendered General Salary Grade Process Coach, had performed all aspects of the floor areas within the MP&L organization.*

*I expressed to several leadership management team members that I was afraid and concerned about being put in a hostile work environment due to the incident with Ms. Strong. I knew this would be her chance to retaliate towards me for the disciplinary time off and the dis classification given.*

*At this point the MP&L Leadership placed me in a position to successfully Supervise/manage effectively. I was told regardless of what has happened in the past you still have a job to do.*

*On several occasion Ms. Strong would become verbal abusive, disrespectful and or displayed taunting behavior towards me.*

*An attachment from text message on March 16, 2020, from myself and committeeman confirms Ms. Strong in fact was being disrespectful towards me. That prior weekend Ms. Strong agreed to work for another Salary employee (William Rensselaer). Ms. Strong AWOL 'ed on that Sunday March 15, 2020. Bill ceded Ms. Strong AWOL therefore she needed to clear LRO before starting work. I asked for her green card, she told me she didn't have one. I explained to her that Bill had marked her AWOL and I needed her to clear in LRO. Ms. Strong told me to shut-up and stop talking to her …. I told her she was on notice, Strong's reply was" No you're on notice Stupid.'*
*At this point I called her Union Rep, he did hear her cursing and yelling in the background.*
*I texted him and told him she was placed on notice for a hearing. He texted back ok. (See attachment)*

Violation of Ford's Hiring Policy

The Respondent confirms that eight employees applied at this time for the two positions; seven employees (including the Charging Party) were selected for an interview. Of the eight candidates, three (including the Charging Party) are Black females, two are Black males, and three are white males. The Respondent confirms that the Charging Party was interviewed for the position on July 30, 2020.

- *What are Ford's criteria's for being selected to interview for a promotional position?*

- *What's the required Applicant Role that must be affirmed? (See attached Ford's Jobs online Policy?*

- *How long was Tim Salna in the current position (at time of Job Selection)?*

  *10 months*


- *What Skills did Tim Salna possess required to perform the role?*

*Tim Salna's position before promotion was MRC, positions before that were working for Dakkota (a company that works under Ford's management). At that company Tim worked as a Cycle counter which did not Supervise /Manage any direct reports.*

The Respondent confirms that on October 23, 2020, the first Lead Process Coach-MP&L position was re-posted to generate additional candidates for consideration. One additional person applied. The position was filled effective November 16, 2020, by Tim Salna (white male)

- *It should be noted on the record that, Tim Salna, the employee that was selected for the position of Lead Process Coach, resigned from the position within three to four months.*
- *He took a lower role which only encompassed twenty percent of a Lead Process Coach's duties.*
- *Mr. Salna never held a leadership role at Ford nor at his prior work location, Dakkota Integrated Systems.*
- *Mr. Salna held the position as a Cycle Counter (which the Cycle Counter at Ford is held by hourly reports). This is a true statement based off my interaction while holding the position as Cycles Lead GSR Process Coach. When counts were needed, I would correspond with him, and he would provide the counts.*
- *Mr. Salna at the time of his current and prior role never managed / supervised any direct reports before being placed in the Lead Process Coach position. This is a direct conflict with the statement of qualification provided by the respondent, Tiffani Orange, HR Salaried Personnel Team Manager.*

On October 22, 2020, Anthony Perez advised me that none of the candidates for the first posting of the Lead Process Coach would be promoted. Around this time, I learned that DeAndre Calvin (black) was promoted to the second Lead Process Coach position. He only had two to three years of work experience with the company."

The Respondent confirms that MP&L Team Manager Anthony Perez informed the Charging Party on or around October 22, 2020, that none of the eight internal applicants was selected for promotion to the Lead Process Coach-MP&L position at the main assembly plant.

- *Anthony Perez called me on my cell phone, he said he was told my Calvin Washington to inform me that I did not get selected for the Team Lead Position. He expressed that he didn't understand why I didn't and as far he knew there was nothing he could tell as to why I didn't get and that he was sorry.*
- *I spoke with my Team Manager right after the call face to face. I told him that I didn't get selected, tears started rolling down my face. I had worked so hard for 25years for the promotion. My Team Manager said he would try to get some details on what happened. He also went on to say I was one of the chosen applicants.*

- *A couple days later I spoke with Calvin Washington his response was "You were almost there, and things just went left and was out of his hands.*

The Respondent confirms that on October 23, 2020, the first Lead Process Coach-MP&L position was re-posted to generate additional candidates for consideration. One additional person applied. The position was filled effective November 16, 2020, by Tim Salna (white male)

- *It should be noted on the record that, Tim Salna, the employee that was selected for the position of Lead Process Coach, resigned from the position within three to four months.*
- *He took a lower role which only encompassed twenty percent of a Lead Process Coach's duties.*
- *Mr. Salna never held a leadership role at Ford nor at his prior work location, Dakkota Integrated Systems.*
- *Mr. Salna held the position as a Cycle Counter (which the Cycle Counter at Ford is held by hourly reports). This is a true statement based off my interaction while holding the*

In conclusion, I again reiterate this case remains open with the EEOC. I am requesting the EEOC do its due diligence by making sure this case is in the correct jurisdiction for review. The evidentiary details within this packet are substantially accurate and irrefutably prove I have a sound basis for this complaint.

The Charging Party has received formal and informal counseling on multiple occasions to correct a long-standing pattern of inappropriate behaviors and improve her chances of promotion in the future.

- *Where is the data to support the statement above?*
- *Please take note of all my performance Reviews.*
- *Please take note of all the Recognition Awarded to me throughout the time the program started to the day Karen Yandle took over as the MP&L manager I stopped receiving them despites the outstanding work I performed.*
- *A recognition was sent to HR on my behalf from Don Cox March 15, 2021 (see attached email) for getting CAP's Cycle program back on track to metric. The recognition was not given by the Respondent.*
- *Despite just coming off a Stress Medical Leave I was asked to fill my old job that I was removed from without justification. The Cycles program was upside down, millions of lost occurred every aspect of the program was behind. I agreed and that 1st month I manage to get CAP/SHO back on track. The program stayed in the red snice my absence.*

- *For the Month of January 2022, A Recognition was given to Hector Alvarez whom which was on a medical leave during the Balance Out. (See attached email of Hector's Recognition) I filled the role as the MP&L Balance Out Lead in Hectors absence. (Please see attached 2021 Performance Review by Janie Little page 8*

The Charging Party has been approved for disciplinary action to be administered upon her return from disability leave, because allegations of inappropriate workplace behavior were substantiated through the Respondent's normal investigative processes.

- *The Respondent did not discipline me when I returned from medical, instead the Company utilized my expertise as a subject matter expert to correct all the illegal mistakes, bad counts, late cycle's. within the Cycles Program (Managed by Ms. Karen Yandle) to get CAP back on track. I was the only one that could achieve this task. To this day I am the only Subject Matter Expert for that role and should have*

- *From November 2019 I have a stream of text with nothing inappropriate, or use of profanity or any of the false accusations mentioned above.*

- *All I've ever done is help my peers from day-to-day operations to helping them fill out their profiles online. My Area Manager knows this about me (Calvin Washington) as to why he hasn't spoken up for me I'm uncertain. Don Cox knew this about me as well, Janie Little, Don Todd all the Managers knew. Even Mangers outside of the MP&L organization knew.*

- *I was caught in the middle of an issue with Don Cox not letting Gus apply for a maintenance job. Gus expressed his frustration with not being allowed to apply. Words were not pleasant.*
  *Gus expressed If he couldn't apply for a Job he was interested, why I was allowed to apply for Jobs, and he wasn't.*
  *There were rumblings throughout the department that I was one of the top selections for the MP&L position. Up until this point I had never heard of any of the guys having issues with me. As for Steve Smitka I've never worked with him only to train him.*
  *Once that rumor got out on the floor. Gus told someone he was going to get myself and Don Cox.*

  *There were also rumors that none of the white male peers wanted me,*
  *"A black female "*
  *To be supervise/manage /lead them.*



Ford Motor Company

Chicago Assembly Plant

12600 Torrence Ave, Chicago, IL 60633

December 10, 2020

Ms. Regina Husar
U.S. Equal Employment Opportunity Commission
Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

**Text**

Re:    Charge Number:    440-2021-00700
        Charging Party:    Nicole Liggins

Dear Ms. Husar,

This position statement is in response to the above referenced discrimination complaint filed by Nicole Liggins (the "Charging Party"). Ford Motor Company (the "Respondent") denies that the Charging Party has been subject to any discrimination. The Respondent recognizes its responsibility under federal, state and local statutes relating to the fair employment practices, as well as the moral principles involved in the treatment of its employees. All employment decisions are made without regard to race, religion, color, age, sex, sexual orientation, national origin, disability or veteran status. It is the position of the company that the Charging Party has not been discriminated or retaliated against based on her race or sex.

The Respondent is strongly committed to equal opportunity in all aspects of our business and to fostering diversity in our workforce. This is not only right and appropriate; it is also sound business practice. The Respondent's Policy Letter and related Directives address equal opportunity and require that there be no disparate treatment because of race, religion, color, age, sex, national origin, disability, gender identity, sexual orientation, veteran status, and/or other factors that may be covered by local law. The Respondent, doesn't foster diversity in all Departments of this specfic Plant

The Respondent is committed to a respectful and inclusive work environment that promotes a culture that encourages every individual to contribute to the business success of the Company, values the differences in employees' backgrounds and skills and manages the benefits that are derived from a diverse workforce. The Respondent recognizes that diversity in our workforce is a valuable asset, and we strive to provide an inclusive work environment in which different ideas, perspectives, and beliefs are respected and collaborative relationships are fostered.

"On November 4, 2020, I was written up for inappropriate radio conduct by Don Cox, Supervisor."

The Respondent acknowledges the Charging Party's Team Manager, Don Cox, gave a Notice of Performance Counseling to the Charging Party on November 6, 2020. It was to serve as a coach and counsel session relative to proper radio etiquette, including tone, based on a reported lack of radio etiquette or professionalism displayed by the Charging Party on November 4, 2020.

As noted above, this formal performance counseling is not the first time the Charging Party has been advised that her behavior at work is inappropriate and is contributing to her lack of advancement. The Charging Party has been provided with verbal and/or written counseling on multiple occasions, including the following:

- The Charging Party's previous manager, Karen Yandle, verbally counseled the Charging Party during a 1:1 about respect and professionalism on February 5, 2019, after the Charging Party turned her back and rolled her eyes at her in the middle of a work conversation.
- Ms. Yandle mentioned the Charging Party's need to reduce her confrontational approach during her year-end performance review.
- Ms. Yandle verbally counseled the Charging Party as recently as March 5, 2020, about her combative and disrespectful tone on the telephone; the Charging Party hung up on Ms. Yandle during the counseling session.
- Mr. Cox confirmed in his interview on September 16, 2020 that he has conversations with her during touchpoints or one-on-one conversations, that people perceive her interactions with them as abrasive and negative because of her tone. He further stated that they had discussed this during a career development discussion, and she was aware it was something she needed to work on.

See attachment 5 for interview statement excerpts and for a copy of the November 2020 Notice of Performance Counseling.

"I believe that the above actions have been taken against me due to my sex (female), race (black), and in retaliation for having complained of false allegations being made against me, in violation of Title VII of the 1964 Civil Rights Act, as amended."

The Respondent denies that the employee was not selected for promotion, was given coaching/counseling regarding her behavior, and is now subject to disciplinary action, due to discrimination based on race or sex, or as retaliation for having complained about allegations made against her. At minimum, there is no support for the allegation that she was not promoted because she was Black; one of the open positions was filled by a Black person.

The Charging Party has received formal and informal counseling on multiple occasions in an attempt to correct a long-standing pattern of inappropriate behaviors and improve her chances of promotion in the future.

The Charging Party has been approved for disciplinary action to be administered upon her return from disability leave, because allegations of inappropriate workplace behavior were substantiated through the Respondent's normal investigative processes.

conversation must also remain strictly confidential. You may not discuss our conversation with anyone. Breaches of confidentiality may lead to disciplinary action."

Towards the end of the interview, Ms. Gilmore read the standard closing statement to the Charging Party: "I want to ensure that you are clear that you should not contact anyone mentioned in this interview, as it could be viewed as retaliation. Are you in agreement?" and the Charging Party responded "Yes."

Investigators make these statements to ensure employees do not talk with other employees about what was discussed in the interview, in order to protect the integrity of the investigation, and prevent employees from retaliating or otherwise interfering with the investigation. These statements are not meant to prevent employees from speaking with outside counsel or the EEOC.

Ms. Gilmore recalls that at the conclusion of the interview, the Charging Party asked if she could tell her attorney; Ms. Gilmore denies telling the Charging Party that she was not permitted to contact her attorney.

**"On October 22, 2020, Anthony Perez advised me that none of the candidates for the first posting of the Lead Process Coach would be promoted. Around this time, I learned that DeAndre Calvin (black) was promoted to the second Lead Process Coach position. He only had two to three years of work experience with the company."**

The Respondent confirms that MP&L Team Manager Anthony Perez informed the Charging Party on or around October 22, 2020, that none of the eight internal applicants was selected for promotion to the Lead Process Coach-MP&L position at the main assembly plant.

The Respondent confirms that one of the eight internal applicants, Mr. Calvin (Black) was selected for the second open position; the Respondent confirms that he began working for the Respondent on September 17, 2018. However, unlike hourly promotional opportunities, duration of Company service is not a significant or controlling factor in salaried promotional decisions.

With respect to the position at the main assembly plant, the hiring manager determined that none of the remaining candidates' applications or interview performances was strong enough to warrant promotion to the position. The position remained open.

**"The Company then posted for another Lead Process Coach, in October 2020."**

The Respondent confirms that on October 23, 2020, the first Lead Process Coach-MP&L position was re-posted to generate additional candidates for consideration. One additional person applied. The position was filled effective November 16, 2020 by Tim Salna (white male).

**"Don Cox, Supervisor, would not allow me to apply for this position. Mr. Cox wouldn't give me a reason for his decision."**

The Respondent confirms that Don Cox did not permit the Charging Party to re-apply for the Lead Process Coach position. This decision was not discriminatory in nature; none of the original applicant pool was permitted to reapply when the posting was made in October. Insufficient time had passed since the original interviews, to enable significant change in any of the candidates' promotional readiness.

See attachment 1 for applicable corporate policies.

The Respondent's response is made with regard to the particulars in the above-referenced charge of discrimination.

"I began working for Ford Motor Company on October 23, 1995. I currently work for the company as a Process Coach. I'm a management employee."

The Respondent acknowledges that the Charging Party began full-time employment with the Respondent on October 23, 1995 as an hourly employee and transferred to the salaried rolls on September 27, 2010. The job classification held by the Charging Party is currently "Process Coach-MPL", where "MPL" refers to her department: Material Planning & Logistics. As a Process Coach, she supervises hourly operators, but the role of Process Coach is a "General Salary Roll" Grade 6-7 position, not a management position.

"In July 2020, I applied for the position of Lead Process Coach. After I applied for the position, the job posting was extended due to the company electing to hire two individuals for this position."

The Respondent confirms a Lead Process Coach job opportunity (salary grade 8) was posted on its internal online job board on July 16, 2020. The original posting dates were July 16-23, 2020; the Charging Party applied to the position on July 22, 2020.

On July 20, 2020, a second Lead Process Coach-MP&L position at the nearby SHO Center (a satellite facility approximately one mile from the Chicago Assembly main facility) became open when the incumbent resigned from the company. As a result, the original posting was updated to reflect the need for two Lead Process Coaches for MP&L, and the posting was extended another week, through July 30, 2020. See attachment 2 for a copy of the posting.

"I was interviewed for the position on July 30th."

The Respondent confirms that eight employees applied at this time for the two positions; seven employees (including the Charging Party) were selected for an interview. Of the eight candidates, three (including the Charging Party) are Black females, two are Black males, and three are white males. The Respondent confirms that the Charging Party was interviewed for the position on July 30, 2020.

"On or about September 24, 2020, I was falsely accused of being overly aggressive to my salaried peers. White male employees made these allegations against me in an effort to block me from being promoted to Lead Process Coach. On September 24, 2020, Dawn Gilmore, HR Associate, interviewed me regarding the allegations concerning my conduct."

The Respondent denies that the Charging Party was falsely accused of aggressive behavior. In 2020, to date, five harassment complaints have been filed against the Charging Party by both salaried and hourly colleagues, following multiple incidents of rude, aggressive and/or unprofessional behavior.

Three of the complaints were filed prior to the Lead Process Coach-MP&L position being posted.

Complaint #1 was disclosed by the Charging Party herself; as part of an investigation into her complaint against a managerial employee, she admitted that on February 13, 2020 she hung up on him during a work conversation; this behavior was confirmed by multiple witnesses.

Complaint #2 was filed on March 2, 2020 by a black female hourly employee (A Strong), alleging that the Charging Party had exhibited inappropriate and disrespectful behavior in February and March 2020, including calling one colleague "stupid" and screaming at another colleague to "shut up", which caused the colleague to cry.

Complaint #3 was filed on March 6, 2020 by a black female managerial employee (K Yandle), alleging that she had observed the Charging Party displaying poor radio etiquette on March 5, 2020; when this same manager called the Charging Party to discuss the incident, the Charging Party hung up on her.

Two of the complaints were filed after the Lead Process Coach-MP&L position was posted/after the Charging Party interviewed for the position.

Complaint #4 was filed on August 11, 2020 by a white male salaried employee (S Smitka), alleging that the Charging Party had used profanity when speaking to her supervisor about him on August 7, 2020.

Complaint #5 was filed on August 24, 2020 by a white male salaried employee (G Katsaros), alleging that the Charging Party had yelled at him in an open forum, and had used profanity when criticizing his work performance in front of his subordinates on or around August 19, 2020.

See attachment 3 for copies of the complaints.

The Respondent has no information to indicate that complaints 4 and 5 were filed with malicious intent, or in order to prevent the Charging Party from being selected for promotion. Mr. Smitka applied for the Lead Process Coach position (and was also not selected); Mr. Katsaros did not.

The Respondent confirms that the Charging Party was interviewed by HR Salaried Personnel Associate, Dawn Gilmore (Black female), on September 24, 2020 about all the allegations, as part of the investigative process.

The Respondent's Salaried Personnel Office has completed a full investigation into each allegation, and all allegations have been substantiated by multiple witnesses of different races and genders. Disciplinary action has been authorized and will be administered upon the Charging Party's return from a disability leave which began mid-November 2020. See attachment 4 for investigation summaries and disciplinary documentation.

**"Ms. Gilmore threatened me with termination if I discussed this issue with an attorney or the EEOC."**

The Respondent denies that Ms. Gilmore threatened the Charging Party with termination at any time. At the beginning of the interview on September 24, 2020, Ms. Gilmore read the standard opening statement to the Charging Party: "You have been asked to speak with me as part of an open Company investigation. This conversation is private and may not be recorded. The

These decisions were made without regard to the Charging Party's sex or race.

The Respondent has a long-standing policy against discrimination and harassment of employees. It is respectfully requested that this complaint be dismissed. If further information is needed, please feel free to contact me at 773-646-7523 or torange@ford.com.

Respectfully submitted,

Tiffani Orange
HR Salaried Personnel Team Manager
Chicago Assembly Plant
Ford Motor Company

Attachments

Gmail

# Ford Award nomination history

**McKinney, Andy** <AMcKinney@engage2excel.com>
To: "nicoleliggins@gmail.com" <nicoleliggins@gmail.cor

Tue, Apr 11, 2023 at 1:22 PM

Good afternoon Nicole,

Please see attached for your nominations.

Thanks

Andy



Andy McKinney

Program Manager

Group

Engage²Excel

Engage²Excel

Engage2Excel.com

O: 800.654.7258  ext.12038

F: 704.872.3652

amckinney@engage2excel.com



Candidate Experience (CandE) Award Winner | PEAK Matrix Leader Rewards & Recognition | HRO Baker's Dozen Recognition

Living what we do. Rewarding those who earn it. Seeking new ways to solve problems.

STATEMENT OF CONFIDENTIALITY: This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. The information contained in this electronic message and any attachments thereto are intended for the exclusive use of the addressees and may contain confidential and/or privileged information. If you are not the intended recipient, please inform the sender immediately via telephone, fax or reply e-mail and delete

all copies of this message and all attachments from your system.

 **Nicole Awards.docx**
22K

**Nov 2013**

Congratulations Nicole Liggiins,

Ryan Robinson has selected you to be a recipient of an award under the Ford Motor Recognition Award Program.

Nicole, II would like to recognize you for your support and promptly responding in person or by phone with a sense of urgency. The Trim Team was recognized for setting a record on B crew for JPH. This could not have been possible without your support.

**December 2014**

Congratulations Nicole Liggins,

Evin Harwell has selected you to be a recipient of an award under the Ford Motor Recognition Award Program.

Thank you for your leadership in ensuring the PWC audit was successful.

**March 2017**

**Congratulations Nicole  Liggins,**

**Mike Weber has selected you to receive a Ford Recognition Award!**

This is what Mike had to say:

*You are being rewarded for Bold Leadership Initiative. You initiated a plant wide awareness to the amount of scrap & cycle losses CAP is incurring based upon your investigative results as the Cycle Check Process Coach in MP&L. You have documented your findings and shared them with the production teams. Your goal is and has been that we all play a role in reducing the financial losses the plant and the company have incurred as a result of poor housekeeping and floor droppage. By doing so, the production teams in Chassis and Trim have initiated ICA's & PCA's to reduce the impact on the plant and the company financials.*

**March 2018 Nomination 2**

**Washington Calvin nominator**

The recognition nominator and rationale information is provided below: Calvin Washington nominated: Don Cox and Nicole Liggins for Bold Leadership for developing a four-day comprehensive New Hire training program for MP&L employees with less than 2 years of experience. The training material was developed to educate new hires on MP&L's role in the Production system, provide insight on the different areas of MP&L responsibility within the plant, and provide some technical tools that will assist them with improving customer service. New Hires received training in the following areas: Scheduling, Internal Control roles and responsibilities, General Stores functionality, Jeep Shop, Parts Follow-up, Cycle Checking process, reviewing ILGI Yard Management System, and shadowing a Production associate for 4 hours. The training program was created to increase New Hires core understanding of MP&L, provide technical tools to improve job performance, and increase network contacts to assist with problem solving and questions.

**May 2019**

**Nominator: James Demartino**

Thank you for your role in making our recent Lincoln Dealer visit a huge success! The dealers were extremely impressed with your passion surrounding the new Lincoln Aviator.

**October 2017**

**Congratulations Nicole Liggins,**

**Amanda Redwine has selected you to receive a Ford Recognition Award!**

This is what Amanda had to say:

*The recognition nominator and rationale information is provided below: Amanda Redwine nominated: Nicole Liggins for Extraordinary Effort. You worked to complete the 2017 SOX testing one month ahead of schedule. The testing involved 53 areas of control throughout the plant, covering questions related to the control environment, inventory, revenue recognition, systems access, fixed assets and accounts payable. Without your support, the testing could not have been completed by the deadline, let alone one month early, which gives the plant additional time to complete our non-SOX testing and to address any gaps identified during the testing.*

## Liggins, Nicole (.)

| | |
|---|---|
| **From:** | Lux, Tracie (T.L.) |
| **Sent:** | Friday, October 14, 2011 4:51 PM |
| **To:** | Liggins, Nicole (.) |
| **Subject:** | RE: Weekend Work Plan For Paint |

Nikki,

Thank you for your support and stepping up to the plate to coach Paula. Also, running your and acting MPS.

**From:** Liggins, Nicole (.)
**Sent:** Friday, October 14, 2011 4:21 PM
**To:** McKernan, Patrick (P.J.); Lux, Tracie (T.L.); Moore, Anthony (A.)
**Cc:** Devine, Robert (R.M.); McElroy, Darin (D.L.); Brooks, Jeffrey (J.R.)
**Subject:** Weekend Work Plan For Paint

*Supervisor*
*Tony Moore*

Pre -Delivery
*Refinish- Bayless*

Paint Shop Spot Hole
*Show Units - Myers*
                *Liggins*

**Pre- Delivery am start  Monday October 17 2011**
*Golubovic*
*Sweeten*

*Nicole Liggins*
Chicago Assembly Plant,
Paint Department
Zone C  Enamel Production Supervisor
Work  773-646-6493

E-mail nliggins@ford.com

*"EVERYDAY BRINGS NEW CHALLENGES, THE KEY TO SUCCESS IS TO ADAPT AND TAKE ON THOSE CHALLENGES"*

1

December 13, 2004

To Whom It May Concern:

I feel that Nicole R. Heade will be successful in performing the duties of the Group Leader position, thus proving to be an asset to our management team. Her skills and experience acquired within her nine years of employment with Ford will enable her to excel as a Group Leader. As well as the fact that she has performed the Alternate and Full-time Group Leader positions for the past four years.

ext. 6430

_Supervisor Spillout_

_Rusty Dennis Supt._

_David M. OBrien_
_Snr Process Eng._

_acting PAM_

_ENAM. APPL. ENG._

_MAINT. SUPR:_

_Kim Bell Supt._

_Jeff Worthen_
_Account Manager, 3M_

_Enam Appl. Eng_

_George Boehmer Paint Process Engineer_

_Prime Supv._

_Nashonne Newman Paint Process Engineer_

_PAINT MAINT._

_W.E. MGR_

**March 2018**

**Congratulations Nicole Liggins,**

**Calvin Washington has selected you to receive a Ford Recognition Award!**

This is what Calvin had to say:

*This team led by Don Cox and Nicole Liggins developed a four-day comprehensive New Hire training program for MP&L employees with less than 2 years of experience. The training material was developed to educate new hires on MP&L's role in the Production system, provide insight on the different areas of MP&L responsibility within the plant, and technical tools that will assist them with improving customer service. New Hires received training in the following areas: Scheduling, Internal Control roles and responsibilities, General Stores functionality, Jeep Shop, Parts Follow-up, Cycle Checking process, ILGI Yard Management System, and shadowing a Production associate for 4 hours. The training program was created to increase New Hires core understanding of MP&L, provide technical tools to improve job performance, and increase network contacts to assist with problem solving and questions.*

## Liggins, Nicole (.)

| | |
|---|---|
| **From:** | Lux, Tracie (T.L.) |
| **Sent:** | Friday, October 14, 2011 4:51 PM |
| **To:** | Liggins, Nicole (.) |
| **Subject:** | RE: Weekend Work Plan For Paint |

Nikki,

Thank you for your support and stepping up to the plate to coach Paula. Also, running your and acting MPS.

**From:** Liggins, Nicole (.)
**Sent:** Friday, October 14, 2011 4:21 PM
**To:** McKernan, Patrick (P.J.); Lux, Tracie (T.L.); Moore, Anthony (A.)
**Cc:** Devine, Robert (R.M.); McElroy, Darin (D.L.); Brooks, Jeffrey (J.R.)
**Subject:** Weekend Work Plan For Paint

*Supervisor*
*Tony Moore*

Pre -Delivery
*Refinish- Bayless*

Paint Shop Spot Hole
*Show Units - Myers*
*                    Liggins*

**Pre- Delivery am start  Monday October 17 2011**
*Golubovic*
*Sweeten*

*Nicole Liggins*
Chicago Assembly Plant,
Paint Department
Zone C  Enamel Production Supervisor
Work  773-646-6493

E-mail nliggins@ford.com

"*EVERYDAY BRINGS NEW CHALLENGES, THE KEY TO SUCCESS IS TO ADAPT AND TAKE ON THOSE CHALLENGES*"

1

USDC IN/ND case 2:23-cv-00269-JD-JEM    document 1    filed 08/04/23    page 65 of 113

TO WHOM IT MAY CONCERN:

AS MANY HAVE, I TOO WOULD LIKE TO VOICE MY SUPPORT FOR MRS. LIGGINS. SHE CARRIES A NUMBER OF CHARACTOR TRAITS THAT'S IMPORTANT TO ME TO BE A QUALIFIED LEADER. FIRST IS HER WILLINGNESS TO LISTEN TO OTHER'S WHEN THEY HAVE CONCERNS. THERE HAVE BEEN NUMBEROUS OCCASIONS THAT I HAVE PERSONALLY APPROACHED HER WITH IDEAS OR CONCERNS THAT WOULD CREATE A BETTER/SAFER WORK ENVIRONMENT AND SHE HAS GREATLY HELPED IN ACCOPLISHING THAT. SECOND IS HER STRENGTH AND TOUGHNESS IN LEADERSHIP WHEN OTHERS AROUND

USDC IN/ND case 2:23-cv-00269-JD-JEM   document 1   filed 08/04/23   page 66 of 113

WEAKNESS AND FAILURES. SHE IS STRONG IN ADVERSITY AND WILL NOT BE INTIMIDATED BY THE PRESSURES AND CHALLENGES IN HER DAILY WORK RESPONSIBLITES.

I AM A SENIORITY EMPLOYEE (26 YEARS) WHO SUPPORTS AND APPRECIATES WHAT MRS. LIGGINS OFFERS AS MY PROCESS COACH OVER THE YEARS OF WORKING WITH HER

10/28/20

USDC IN/ND case 2:23-cv-00269-JD-JEM    document 1    filed 08/04/23    page 67 of 113

I have not always been in a good place in my life but since I been here I have never felt more secure in my career than I have since I have been working under this woman. Her presence reassures me on a daily basis that I am not going to have to deal with all the rigmarole of factory life with all the weight on my shoulders. I walk in knowing that there will be order and that everyone will pull their own weight. I don't know how many times I have told her I couldn't do something. Her response to me was "You can and you will". To some people that may seem rude but guess what, I could and I did. It is a pleasure working with her and I appreciate her for making sure that I don't feel overwhelmed and that everyone gives their 100% and no one feels like they are working harder than the next.

I've worked with team leaders who felt they should be in charge and their way wasn't sufficient enough for Nicole and I have seen her call them out on it. No, they didn't like it but thanks to her I went from doing half the job under their leadership to doing the full job under hers. This has happened on more than one occasion and both times I was being told that it was too much, I shouldn't have to do that. She simply told me that it was my job and it had to be done. If it had not been for that I would not be giving my 100% that I do now. She didn't allow me to be discouraged by all the naysayers. She gave me a goal that she knew I could accomplish. She didn't stand on top of me or micromanage me. She told me what was expected of me and gave me the space I needed to accomplish it without feeling intimidated.

It's not easy when strong minds bump heads because everyone here with any time is FORD TOUGH but if I had to say out of everyone I have worked with here, no one had proven themselves worthy of leadership more than she has. I am proud to say I work her crew under her supervision because I am proud and content with walking out that door knowing that we made a difference everyday and I am confident that it was her efforts that got us there. If anyone deserves to be in a position of authority it is Nicole Liggins. She tough now, don't get me wrong lol But I wouldn't want her any other way.

Sincerely,

Lavita Simpson

To whom this may concern,

My name is Tei Dantzler and I am a current employee of the North point facility. I am writing a letter in regards to Nicole Liggens. Before coming to North Point I worked at csc as a floater where i originally met Mrs.Liggens. In the begging i will admit i would avoid Nicole due to the gossip that floated around the facility, and stories of a very cold person. In august i was moved to North point A shift where Nicole is the supervisor for the team, initially i was unhappy about the move and a little afraid but as we know there are always two sides to every story. When i was moved to north point i was asked to help restore the dunnage area.Every day that progress was made she always let us know that we did a good job she never hovered over us and she trusted us with our job. watching her and working with her over the last 2 months i understand her work ethic she works hard to Improve things for our team and everyone does a great job. She does have high expectation but nothing that is impossible. I think Nicole is a strong supervisor knowledgeable of her job and has a certain vision to improve the job.

Sincerely, Tei Dantzler

To whom it may concern,

My name is Rodney Whitaker and I have 26 years in at Ford. I have worked for Nicole Liggins for several years at CSC and now at North Point. Moving to North Point and having to set up our new jobs, Nicole was very attentive to our needs. If she didn't have all the answers to our questions, she was quick to get them. She made sure she provided any and all resources available to us. Nicole is great leader. She demands hardwork, but in return Nicole goes out of her way to make sure we feel appreciated for a job well done. I can honestly say that it is a great privilege to work with someone with such amazing leadership skills and at the same time

I Martin Arce am very pleased to work with Nicole Liggins, whom at the present time is my current Foreman/boss at North Point. I And Nicole to be a kind respectful person to work with, and see her leadership skills to be tactful, transparent and patient with others.

Respectfully Submitted
on the date Oct 27, 2020.

To Whom it may concern:

As a current direct report of Nicole Liggins, I want to let you know about my experience working for Nicole at the Sequencing Center and at North Point.

Nicole greets her team each day with a smile and Good Morning. She has high expectations for her employees but ensures we have the tools to do our jobs efficiently. She is respectful when she asks her employees to do anything — even if its extra work or chipping in elsewhere — so we dont mind doing it. She is Knowledgeable about each job, about what is going on big picture, and about her job.

She is a definite asset to Ford Motor Company and will excel in any position she attains.

Sincerely,

USDC IN/ND case 2:23-cv-00269-JD-JEM   document 1   filed 08/04/23   page 71 of 113

*never been removed. The removal was retaliatory, for me expressing concern about the micro-managing style Karen Yandel displayed.*

These decisions were made without regard to the Charging Party's sex or race. The Respondent has a long-standing policy against discrimination and harassment of employees. It is respectfully requested that this complaint be dismissed.

- *This comment is simply not true this Chicago based facility of Ford Motor Company has a long-standing pattern of being bias, displaying disparate treatment and retaliatory actions against members of the Salary workforce. (Please refer to ALL the complaints your office (EEOC) has received from Fords Chicago against the HR Team at Chicago Assembly Plant, Dearborn's Corporate office placed an external team from Dearborn in the plant to handle all further complaints from salary reports. Due to the unfair practice.*

*In conclusion, I again reiterate this case remains open with the EEOC. I am requesting the EEOC do its due diligence by making sure this case is in the correct jurisdiction for review.  The evidentiary details within this packet are substantially accurate and irrefutably prove I have a sound basis for this complaint.*

Sincerely,
Nicole Liggins

If further information is needed, please feel free to contact me at 219-616-1244
nicoleliggins@gmail.com

Attachments:

## *Performance Review History*

- *2012 I was transferred out of the paint department to the MP&L department. My 1st position in MP&L was the LCL and Blue Dock which at the time was considered the more challenging position in the Department. I quickly learned that area and was move to the infield, Chassis and then Trim. After performing both areas without issues. I started training on the MRC (Materials Replenishment Coordinator) position.*

- *2014 I transitioned into the Process Coach role for Cycle Checking, where I was on track to be a standout performer for 2015. See attachment 1 -2014 Performance Review. Rated Achiever by Luis Aguilar (Supervisor for 2014 performance year). Supervisor Comments page 3*

- *2015 rated Achiever by Lori Libera See attachment 2 -2015 Performance Review. Supervisor Comments page 6*

- *2016 rated Achiever by Michael Weber. See attachment 3- 2016 Performance Review Supervisor Comments page 4*

- *2017 rated Top Achiever and promoted to Salary Grade Level 7 by Donald Cox Jr. See Attachment 4 – 2017 Performance Review Supervisor Comments page 5.*

- *2018 rated Achiever by Karen Yandle, See Attachment 5- please note no comments were given by Ms. Yandle. Ms. Yandle agreed with my comments by checking the box "Year End discussion was held, and it had not been held. See page 3 for my comments. This the only review that I have never received comments from Supervisor that held the role that year.*

- *2019 rated Achiever by Donald Cox Jr. See Attachment 6 – 2019 Performance Review Supervisor Comments page 3.*

- *2020 rated Achiever by Janie Little. See Attachment 7 – 2020 Performance Review Supervisor Comments page 4.*

- *2021 rated Achiever by Janie Little. See Attachment 8 – 2020 Performance Review Supervisor Comments page 8.*

*Year 2011*

Supervisor to complete this section

Assessment of ONE Ford Behaviors

Supervisor/Manager ▾

Foster Functional and Technical Excellence

| Ineffective | Effective | Highly Effective |
|---|---|---|

Instructions:
Definitions are provided to guide assessment of ONE Ford Behaviors. Three sets of definitions are provided:

• Executive - organizational or functional leader, regardless of level (typically LL4+)
• Supervisor/Manager - team leader, regardless of level (typically LL5/6)
• Professional - individual contributor, regardless of level (typically GSR)

Select the appropriate definition set from the drop-down menu on the right. Next, click each ONE Ford behavior

Own Working Together

| Ineffective | Effective | Highly Effective |
|---|---|---|

Role Model Ford Values

| Ineffective | Effective | Highly Effective |
|---|---|---|

Deliver Results

| Ineffective | Effective | Highly Effective |
|---|---|---|

*Comments Regarding Strengths:*
Nikki is very resilient and persistent. She will get the job done in a timely matter with out being told. Nikki follows up with assignments. She takes on the Leadership role when the MPS is absent. Drives S,Q,D,C, M. by communicationing to her operators and Group Leader. In the last year she has ran two different Zones. Nikki took on the role to train a new Supervisor and make her a book with instructions. Nikki reacts with a sense of urgency to make objectives in quality and JPH

*Comments Regarding Opportunities:*
Nikki must continue to drive every Score Card Metric to surpass our objective for the year. Nikki needs to learn the automation side of the business. Continue to improve the morale with operators and supporting departments. Make improvements with Tutones units being repaired the first time. Be a good Leader by listening and taking advise from others, we can all learn from each other. Meaning do not be so offensive with others. Continue to drive housekeeping in Zone.

Final Overall Performance Rating

| ○ Unsatisfactory | ○ Lower Achiever | ⊙ Achiever | ○ Top Achiever | ○ Clear |
|---|---|---|---|---|

Performance Enhancement Plan

*Supervisor Comments (optional):*

Supervisor to complete this section and discuss with employee

*Areas of focus over next performance period:*
1 Deliver 64.0 JPH with 92 FRC and 82 FTT 2. successfully launch 3 crew 3. Improve Cal-line objective by 40 c/ 10000 4. Develop the new 3rd shift operators and hold people accountability 5. Continue PJO and improve processed in Paint 6. Develop and improve housekeeping and workstation organization across the shop a) Continue FPSCI and improve the meeting by requesting Team members and vendors, and getting issues closed in timely fashion. b)Review weekly safety objectives. c) Drive constraint analysis throughout the shop. d) Improve communication and effective working relationships with all shifts and disciplines. e) Reduce OLOT f) Learn more of the automation

| Nicole Liggins | Date | Supervisor | Date | Reviewing Manager | Date |
|---|---|---|---|---|---|
| | | | 12-20 | 12-20-11 | 12-20-11 |

3905    Human Resources
October 2010                    (Previous editions may NOT be used)

*Year 2011*

Supervisor to complete this section

Assessment of ONE Ford Behaviors

Supervisor/Manager ▾

| | Ineffective | Effective | Highly Effective |
|---|---|---|---|
| Foster Functional and Technical Excellence | ▽ | ▽ | ▽ |

Instructions:
Definitions are provided to guide assessment of ONE Ford Behaviors. Three sets of definitions are provided:

• Executive - organizational or functional leader, regardless of level (typically LL4+)
• Supervisor/Manager - team leader, regardless of level (typically LL5/6)
• Professional - Individual contributor, regardless of level (typically GSR)

Select the appropriate definition set from the drop-down menu on the right. Next, click each ONE Ford behavior

| | Ineffective | Effective | Highly Effective |
|---|---|---|---|
| Own Working Together | ▽ | ▽ | ▽ |

| | Ineffective | Effective | Highly Effective |
|---|---|---|---|
| Role Model Ford Values | ▽ | ▽ | ▽ |

| | Ineffective | Effective | Highly Effective |
|---|---|---|---|
| Deliver Results | ▽ | ▽ | ▽ |

*Comments Regarding Strengths:*

Nikki is very resilient and persistent. She will get the job done in a timely matter with out being told. Nikki follows up with assignments. She takes on the Leadership role when the MPS is absent. Drives S,Q,D,C, M. by communicationing to her operators and Group Leader. In the last year she has ran two different Zones. Nikki took on the role to train a new Supervisor and make her a book with instructions. Nikki reacts with a sense of urgency to make objectives in quality and JPH.

*Comments Regarding Opportunities:*

Nikki must continue to drive every Score Card Metric to surpass our objective for the year. Nikki needs to learn the automation side of the business. Continue to improve the morale with operators and supporting departments. Make improvements with Tutones units being repaired the first time. Be a good Leader by listening and taking advise from others, we can all learn from each other. Meaning do not be so offensive with others. Continue to drive housekeeping in Zone.

Final Overall Performance Rating

⊙ Unsatisfactory     ⊙ Lower Achiever     ⊙ Achiever     ⊙ Top Achiever     ⊙ Clear

Performance Enhancement Plan

*Supervisor Comments (optional):*

Supervisor to complete this section and discuss with employee

*Areas of focus over next performance period:*

1 Deliver 64.0 JPH with 92 FRC and 82 FTT 2. successfully launch 3 crew 3. Improve Cal-line objective by 40 c/ 10000 4. Develop the new 3rd shift operators and hold people accountability 5. Continue PJO and improve processed in Paint 6. Develop and improve housekeeping and workstation organization across the shop a) Continue FPSCI and improve the meeting by requesting Team members and vendors, and getting issues closed in timely fashion. b)Review weekly safety objectives. c) Drive constraint analysis throughout the shop. d) Improve communcation and effective working relationships with all shifts and dsciplines. e) Reduce OLOT f) Learn more of the automation

| Nicole Liggins | Date | Supervisor | Date | Reviewing Manager | Date |
|---|---|---|---|---|---|
| 12/20/11 | | 12-19-11 | | 12-20-11 | |

3905   Human Resources
October 2010                    (Previous editions may NOT be used)

## One Ford Behaviors

Please assess the employee on their demonstration of the One Ford Behaviors.

Rating: Effective

Rating: Effective

Rating: Effective

Rating: Very Effective

## Final Overall Performance Rating

Indicate the employee's final rating using the drop down menu to the right.

Final Overall Performance Rating: Achiever

| Performance to Objectives/Accomplishments | Rating |
|---|---|
| SAFETY MEET TARGET FOR DART RATE.>>>1.16 MEET TARGET FOR DART CASES.>>>>5 MEET TARGET FOR SERIOUS INJURY RATE>>>>0.021 MEET TARGET FOR SERIOUS INJURY CASES>>>>0.00 MEET TARGET FOR LOST TIME CASES>>>>>0.49 MEET TARGET FOR LOST TIME CASE RATE>>>>2 Walking Working Services FTOV-1 Complete your daily checksheets and be prepared for review at any time>>>100% Report out once per month on daily GRASP checksheet>>>>1 PER MONTH Mention Of Prevention>>>48.8 Monitor IVECS and 3382 card procett>>>>DAILY | Met Most |
| QUALITY Document by DMR and contact Parts Control Manager for dollar amount. Track monthly progress on top 3 issues in area.>>> TRIM .34 Audit storage areas for proper storage and stacking. >>>4 PER MONTH Monitor parts stacking line side out of primary container>>>.4 PER MONTH Part change and launch info needs to be given to the drivers before the change. implement exhaust / coordinate changes.>>>>0 Perform and Document 1 PJO per shift. Get primary and utility drivers to sign off the first time they cover a job.>>>100% Ensure the FIFO process is being completed by collecting the FIFO sheets from the hourly employees.>>>2 TIMES PER MONTH | Met |
| DELIVERY Production Inventory>>>1 time a month Production Material Turns>>>Minimum Once per Shift Returning Parts>>>>0 incidents Container Management>>>80% | Met |
| COST Overtime>>>>10 Hours per crew IM Budget >>>>Meet Budget Within 25 hour spread Manpowe>>>>REDUCE 11 heads total >> >1TRIM-3 | Exceeded Some |
| PEOPLE Maintain updated evidence books to support your scorecard objectives for the Team Manager review. Update Career Navigator for Team Manager's review. Provide your Team Manager the names of employees who should be recognized for their continuous effort. Close your DROT daily and without pay errors. | Met |
| MAINTENANCE Confirm PMHVs are plugged in at all opportunities and chargers are working properly Provide hour meter readings to ITR shop for PM Scheduling. Document PMHV and Charger issues for the weekly department meeting with the Hilo Shop. | Met |
| HOUSEKEEPING Audit docks in your zone are working correctly and have the proper wind protection. "Conduct housekeeping audits with the supervisors in area reviewing 5S standards." | Met |
| **One Ford Behaviors** | |
| 1. Foster Functional and Technical Excellence | Effective |
| 2. Own Working Together | Effective |
| 3. Role Model Ford Values | Effective |
| 4. Deliver Results | Very Effective |

## Areas of Focus Over the Next Performance Period

Provide brief comments areas of focus over the next performance period (i.e. limit to about 1000 characters).

**Section Comments:**

**Comments by Luis Aguilar:**
Nicole has a clear opportunity to be a standout performer in 2015in her new role as Cycle Check Supervisor. In this role it is critcal that she maintain the daily/weekly/monthly metrics and help the plant reduce cycle loss cost. Which will in turn increase quality.

Category: Objectives
Key Objective : QUALITY
Document by DMR and contact Parts Control Manager for dollar amount.
Track monthly progress on top 3 issues in area.>>> TRIM .34
Audit storage areas for proper storage and stacking. >>>4 PER MONTH
Monitor parts stacking line side out of primary container>>>.4 PER MONTH
Part change and launch info needs to be given to the drivers before the change.
implement exhaust / coordinate changes.>>>>0
Perform and Document 1 PJO per shift.
Get primary and utility drivers to sign off the first time they cover a job.>>>100%
Ensure the FIFO process is being completed by collecting the FIFO sheets from the hourly employees.>>>2 TIMES PER MONTH

Performance to Objectives/Accomplishments : Verified that stock were being nested correctly to ensure no damage was caused to stock . Enforced the 1/2-2/3 and 1/3 rules to eliminate stock from falling off forks . Coached Cluster and radio pickers to inspect the stock before delivery to line

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:

Rating: Met

---

Category: Objectives
Key Objective : DELIVERY
Production Inventory>>>1 time a month
Production Material Turns>>>Minimum Once per Shift
Returning Parts>>>>0 incidents
Container Management>>>80%

Performance to Objectives/Accomplishments : The late linefeed rate has reduced a great deal from prior year. Keeping a watch on Cluster and Radios to ensure the min/ max are correct for next shift

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:

Rating: Met

---

Category: Objectives
Key Objective : COST
Overtime>>>>10 Hours per crew
IM Budget >>>>Meet Budget Within 25 hour spread
Manpowe>>>>REDUCE 11 heads total >> >1TRIM-3

Performance to Objectives/Accomplishments : MP&L is good on IM ,under budget .Scrap has been reduced a lot in trim . All Obsolete material has been removed from Trim. Currently, I am working on the following projects: (1) Cycle Loss of Blind Spot Monitor and (2) Cycle Loss of Airbag Sensors.

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:
Rating: Exceeded Some

# 2014 Performance Review for Nicole Liggins



## Employee Information

First Name: Nicole
Last Name: Liggins
Global ID: 823823
Title: Process Coach-MPL
Salary Grade/Level: 06
Skill Team: Manufacturing
Business Unit: USA Automotive
Country/Market: United States
Supervisor: Luis Aguilar

## Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. This form should be used to capture individual progress and be used to enhance the quality of the dialogue between supervisor and employee. For additional resources to complete this form, including Quick Reference Guides, click here.

## Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section. Supervisor to review/edit and rate each objective (Note: Updates to objectives are immediately viewable on the employee's Objecitve Worksheet).

**Category: Objectives**

**Key Objective : SAFETY**
MEET TARGET FOR DART RATE.>>>1.16
MEET TARGET FOR DART CASES.>>>>5
MEET TARGET FOR SERIOUS INJURY RATE>>>>0.021
MEET TARGET FOR SERIOUS INJURY CASES>>>>0.00
MEET TARGET FOR LOST TIME CASES>>>>>0.49
MEET TARGET FOR LOST TIME CASE RATE>>>>2
Walking Working Services FTOV-1

Complete your daily checksheets and be prepared for review at any time>>>100%
Report out once per month on daily GRASP checksheet>>>>1 PER MONTH
Mention Of Prevention>>>48.8
Monitor IVECS and 3382 card procett>>>>DAILY

**Performance to Objectives/Accomplishments :** "Preformed Safety Task - Provided Safety Grasp Book for the Year with daily forms completed -Completed MOP's and Near Miss on a weekly basis at the start of shift.
YTD Dart = 1.47
Fatalities - 0 "
Meet Lost Time Case Rate-0.44
Meet Lost Time Cases-1
Meet Target for Serious Injury Rate -0.88
Meet Target for Serious Injury Cases -3
Walking Working Services FTOV-2
10 Core Element Compliance-1

**Start Date :**
01/01/2014

**Due Date :**
12/31/2014
**Status :**
Complete

**Rating by Luis Aguilar:**
Rating: Met Most

| | | |
|---|---|---|
| Category: Objectives<br>Key Objective : PEOPLE:<br>Pulse ESI (Salaried) = 57%<br>Pulse ESI (Hourly) = YOY Improvement<br>Training & Development = 67%<br>One Ford = 65%<br>Assure the following training programs are supported:<br>Apprentice<br>Diversity<br>FPS | Performance to Objectives/Accomplishments : A .This year we had 2 LL6 Leaders leave the company from MP&amp;L . One had 30 years and the other had 15 years , but had to leave on a personal note to take care of his Family in Texas . Planned farewell parties<br>C. I have been receptive of thoughts from my peers on suggestions when investigating losses.<br>D.I have provide a sense of trust to all my Direct Reports by providing them with tools to allow each checker to effectively perform their.<br>E.Over the past year I have made great efforts to work in a positive atmosphere with my Teammates and will continue to do so moving forward.<br>F.Re-established weekly cycle meetings with Cycle Checkers | Start Date :<br>01/01/2015<br><br>Due Date :<br>12/31/2015<br>Status : On Track |
| Rating by Lori Libera:<br>Rating: Met | | |
| Category: Objectives<br>Key Objective : FPS:<br>Teams Launched = 100% | Performance to Objectives/Accomplishments : Teams Launched = 100%- | Start Date :<br>01/01/2015<br>Due Date :<br>12/31/2015<br>Status : On Track |
| Rating by Lori Libera:<br>Rating: Met | | |
| Category: Objectives<br>Key Objective : MAINTENANCE:<br>Body Throughput to Potential (JPH) = 91.0%<br>Paint Throughput to Potential (JPH) = 94.0%<br>Chassis Throughput to Potential (JPH) = 94.0%<br>Plant PM % Compl. to Schedule = 92.0% | Performance to Objectives/Accomplishments : Actuals<br>Actuals<br>$-<br>Actuals<br>92.0% | Start Date :<br>01/01/2015<br><br>Due Date :<br>12/31/2015<br>Status : On Track |
| Rating by Lori Libera:<br>Rating: Not Applicable | | |
| Category: Objectives<br>Key Objective : ENVIRONMENTAL/ENERGY:<br>Environmental Compliance Index = 100<br>Water Usage (M3/veh) = 2.3<br>Waste to Landfill (kg/veh) = 4.6<br>Energy Efficiency Improvement (kWh/Unit vs. '11 baseline % improvement) = 18.2%<br>VOC Emissions (gr/sq. meter) = 11.7 | Performance to Objectives/Accomplishments : 100<br>2.5<br>3.7<br>na<br>12.3 | Start Date :<br>01/01/2015<br><br>Due Date :<br>12/31/2015<br>Status : On Track |
| Rating by Lori Libera:<br>Rating: Not Applicable | | |

# 2015 Performance Review for Nicole Liggins



## Employee Information

First Name: Nicole
Last Name: Liggins
Global ID: 823823
Title: Process Coach-MPL
Salary Grade/Level: SG6
Skill Team: Manufacturing
Business Unit: USA Automotive
Country/Market: United States
Supervisor: Lori Libera

## Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. This form should be used to capture individual progress and be used to enhance the quality of the dialogue between supervisor and employee. For additional resources to complete this form, including Quick Reference Guides, click here.

## Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section. Supervisor to review/edit and rate each objective (Note: Updates to objectives are immediately viewable on the employee's Objecitve Worksheet).

Category: Objectives
Key Objective : To maintain all metrics under my job assignment ,keep them in a green status

Performance to Objectives/Accomplishments ; Outside of May and June (OBSO) was able to metrics in GREEN STATUS

Start Date : 01/01/2015
Due Date : 12/31/2015
Status : On Track

Rating by Lori Libera:

Rating: Met

Category: Objectives
Key Objective : SAFETY:
Fatalities = 0-Green 0
Lost Time Case Rate = 0.760-Green .62
DART Rate = 2.78Red-2.50

Performance to Objectives/Accomplishments ; A. As I see employees walking in from the New North lot ive been encouraging them to put theire safety glasses on while on the plant floor.
B. Stock drivers are encourage to wear their vest , use their horns and Be Careful while driving through the plant

Start Date : 01/01/2015

Due Date : 12/31/2015
Status : On Track

Rating by Lori Libera:

Rating: Met

Category: Objectives
Key Objective : QUALITY:
Reduce late line feeds to scorecard objective by reducing cycle loss cost by 20%
Work jointly with Production

Meet Plant Internal Control Index/Metrics to scorecard objective:
Cycle Schedule Compliance
Net/Gross Inventory Verification
Unbooked Cycle Adjustments
Timely Final Cycles
Pending Cycle Adjustments

Performance to Objectives/Accomplishments : 1.Written 2714's on suppliers for various reason mis- marked material, identified materials that have been shipped in cardboard which didn't have the approval to do so .
2.Monitors and update the advance jobs systems
3.Balanced out 2014 launch with success despite the magnitude of the launch (3000 + parts ) per the Plant Manager Larry Moskwa( there were no line stoppages due to MP&amp;L
4.Will balance out the 2015 Launch, it's a much smaller small launch , looking for it to be a success.
5.Identified when stock is not in the correct location via CMMS or line side ( make the appropriate corrections

Start Date : 01/01/2015

Due Date : 12/31/2015
Status : On Track

Rating by Lori Libera:

Rating: Exceeded Some

---

Category: Objectives
Key Objective : DELIVERY:
Achieve Plant Specific Target-97.7%_Green

Achieve Plant YE Target & Monthly Glidepath Target --154.8-Yellow

Achieve Plant YE Target & Monthly Glidepath Target -$6.1-Green

Performance to Objectives/Accomplishments : A .In the month of April I attended a PIA conference , I obtained extensive knowledge of the Cycle Checking Program .I engaged with counterparts within the North America Region . The conference touched on all areas SCDQM, which has enhanced my knowledge and ability to effectively do my job.
B On the parts that we consistently run out of, we have counted them more often in efforts not to reduce losses and no-stocks which causes expedites .This helps with being able to deliver to Production as required .
C.Doing POF on a more frequent basis , working with Frank Harrison to cascade any probably Misusage Issues
D.QDC audits

Start Date : 01/01/2015

Due Date : 12/31/2015
Status : On Track

Rating by Lori Libera:

Rating: Exceeded Some

---

Category: Objectives
Key Objective : COST:
Maintain cycle checker overtime (no unapproved or funded OT)

Reduce Net cycle loss by 20%

Minimize no stocks at balance out through and effect balance out cycle program

Performance to Objectives/Accomplishments : A.Created 3 SPL for cycle losses and unreported scrap
B. Provide Cycle loss YTD $ amounts to the entire Plant
C. SPL lessons on the Plant Teleprompter .
D. Did a plant distribution email, did a plant sign off all three crews.
E. Engaged the Quality Team (Marla Dillard ) on scrapping out all materials that they provided to TDM
F. Load Scale to stop the sending back SJB receivers, to the supplier. We able to get it approved with the help of Erik Williams.
G.In the Month of September we had been shipping parts back to a supplier . Via Email the supplier admitted that we had shipped parts back and through a telephone conversation get the suppliers to agree to create an ASN for for the materials sent back 26k savings.
Reduced OBSO

Start Date : 01/01/2015

Due Date : 12/31/2015
Status : On Track

Rating by Lori Libera:

Rating: Met Most

*2015 Performance Review for Nicole Liggins*

## One Ford Behaviors

Please assess the employee on their demonstration of the One Ford Behaviors.

Rating: Mostly Effective

Rating: Mostly Effective

Rating: Mostly Effective

Rating: Mostly Effective

## Final Overall Performance Rating

Indicate the employee's final rating using the drop down menu to the right.

Final Overall Performance Rating: Achiever

Rating

**Performance to Objectives/Accomplishments**

To maintain all metrics under my job assignment ,keep them in a green status — Met

SAFETY: Fatalities = 0-Green 0 Lost Time Case Rate = 0.760-Green .62 DART Rate = 2.78Red-2.50 — Met

QUALITY: Reduce late line feeds to scorecard objective by reducing cycle loss cost by 20% Work jointly with Production Meet Plant Internal Control Index/Metrics to scorecard objective: Cycle Schedule Compliance Net/Gross Inventory Verification Unbooked Cycle Adjustments Timely Final Cycles Pending Cycle Adjustments — Exceeded Some

DELIVERY: Achieve Plant Specific Target-97.7% Green Achieve Plant YE Target & Monthly Glidepath Target –154.8-Yellow Achieve Plant YE Target & Monthly Glidepath Target -$6.1-Green — Exceeded Some

COST: Maintain cycle checker overtime (no unapproved or funded OT) Reduce Net cycle loss by 20% Minimize no stocks at balance out through and effect balance out cycle program — Met Most

PEOPLE: Pulse ESI (Salaried) = 57% Pulse ESI (Hourly) = YOY Improvement Training & Development = 67% One Ford = 65% Assure the following training programs are supported: Apprentice Diversity FPS — Met

FPS: Teams Launched = 100% — Met

MAINTENANCE: Body Throughput to Potential (JPH) = 91.0% Paint Throughput to Potential (JPH) = 94.0% Chassis Throughput to Potential (JPH) = 94.0% Plant PM % Compl. to Schedule = 92.0% — Not Applicable

ENVIRONMENTAL/ENERGY: Environmental Compliance Index = 100 Water Usage (M3/veh) = 2.3 Waste to Landfill (kg/veh) = 4.6 Energy Efficiency Improvement (kWh/Unit vs. '11 baseline % improvement) = 18.2% VOC Emissions (gr/sq. meter) = 11.7 — Not Applicable

SPECIAL PROJECT: Lead and Manage +2JPH Program for MP&L — Exceeded Some

**One Ford Behaviors**

1. Foster Functional and Technical Excellence — Mostly Effective

2. Own Working Together — Mostly Effective

3. Role Model Ford Values — Mostly Effective

4. Deliver Results — Mostly Effective

*2015 Performance Review for Nicole Liggins*

| Category: Objectives | Performance to Objectives/Accomplishments : Scrap Process, | |
|---|---|---|
| Key Objective : SPECIAL PROJECT: Lead and Manage +2JPH Program for MP&L | A The amount of scrap tickets have increased this year .( will focus on finding root cause for Scrap ) B Taught Scrap Process Classes to all the Team Leaders and Process Coaches during the six week course for the FPS Global Production Training C. Taught Scrap Process Part 2 Class to MP&amp;L Team Leaders and Generals only as a refresher course . | Start Date : 01/01/2015 |
| | | Due Date : 12/31/2015 Status : On Track |

Rating by Lori Libera:

Rating: Exceeded Some

## Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters).

Section Comments:

Comments by Nicole Liggins:
Will start by adding comments from my former Team Manager-Year end 2014  and Team Manager for the 1st five months of current year 2015
"Comments by Luis Aguilar:
Nicole served as one of our more experienced Process Coaches while on the floor and has transitioned well into her new role as Cycle Check Supervisor .
Comments by Luis Aguilar:
Nicole has a clear opportunity to be a stand out performer in 2015 in her new role as Cycle Check Supervisor. In this role it is critical that she maintain the daily/weekly/monthly metrics and help the plant reduce cycle loss cost. Which will in turn increase quality.
My Comments:
I strive to demonstrate SQDCME on a continuous basis. This is supported by my day to day cadence . I have been successful as a process coach in the following areas: Paint Department in all aspect up to filling in the role of a Senior Process Coach . In Mp&L i have been able to successfully manage  Trim, Chassis, All Docks, & Body and file in on several occasion as a Senior Process Coach . I have received a Certificate of Appreciation from my former Team Manager, Lori Libra, in recognition of my valuable contributions to CAP . Received Certificate of Bold Leadership from former Trim Process Coach in my efforts of making sure the stock was delivered on time to the zones ,which allowed their Team to be recognized .I have received another Certificate of Bold Leadership  from the Internal Control Dept. for completing the annual PWC Audit without any red flags ( received within my 1st 3 months in  Cycle Checker Analyst Role.
I will continue to display ONE FORD BEHAVIORS with improvement daily .

I have transitioned into the role of Cycle Checker Process Coach - Material Planning & Logistics to further my progress toward my goal of attaining GSR 7 status and  GSR 8 status . I appreciate the opportunities that have been and continue to be given to me during my 20 years here at Ford. I look forward to continuing
to work hard to attain my personal goals in turn contributing to the overall success of the company.

## Supervisor Comments

Provide brief comments on the employee's overall performance, strengths and opportunities (Note: the number of allowable characters is limited to 4000).

Section Comments:

Comments by Lori Libera:
This is Nicole's first full year as the Cycle Check Process Coach.  She has developed a good working relationship with the cycle checkers and is working on some new strategies in an effort to reduce the plant's monthly/annual cycle losses.  The avg cost of monthly cycles in 2014 was $217K and in 2015 the cycle losses rose to an avg of $390K/month.  Nicole did a good job with the the Explorer balance out in May and the Sedan balance out in December.  One of the expectations is for  Nicole to assume the Bulk ordering.  She has begun to transition into this role and it needs to be completed by June 2016 after the reduction of the MKS vehicle line.


Strengths:
1. Communicates effectively/promptly in writing
2. Organized
3. Good relationship with cycle checkers
4. Holds cycle checkers accountable


Opportunities:
1. Technical Excellence - must strive to become a subject matter expert regarding cycle resolution, increase data mining to supplement cycle root cause analysis and corrective actions
2. Own Working Together - needs to build a stronger network within MP&L and Production based on respect, being a team player and taking on additional tasks that will help the team without being asked
3. Role Model Ford Values - increase emotional control/resilience, motivation and can do/positive attitude

*2015 Performance Review for Nicole Liggins*

**Signatures**

| | |
|---|---|
| People Leader: | *Luis Aguilar*    *01/28/2015* |
| | Luis Aguilar |
| Employee: | *Nicole Liggins 01/28/2015* |
| | Nicole Liggins |

# 2016 Performance Review for Nicole Liggins



## Employee Information

First Name: Nicole
Last Name: Liggins
Global ID: 823823
Title: Process Coach-MPL
Salary Grade/Level: SG6
Skill Team: Manufacturing
Business Unit: USA Automotive
Country/Market: United States
Supervisor: Michael Weber

## Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. This form should be used to capture individual progress and be used to enhance the quality of the dialogue between supervisor and employee. For additional resources to complete this form, including Quick Reference Guides, click here.

## Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section and provides optional overall comments. Supervisor reviews / edits as necessary and optionally rates each objective (Note: Updates to objectives are immediately viewable on the employee's Objective Worksheet).

Category: Objectives
Key Objective : To maintain Inventory Monitoring Tools Reports at Green Status
901-Panning
902-Pending
904-Unbooked
907-Past Due

Performance to Objectives/Accomplishments : 901-Planning-
Same as the 907 report
902-Pending- Green from Jan - July ( Yellow Aug and Sep- on Medical 8/26-10/2)
904-Unbooked- Green from Jan - July ( Yellow Aug and Red Sep- on Medical 8/26-10/2)
907-Past Due:
Green -Jan
Yellow- Feb
Green- March, April and May
Yellow -June July ,due to OBSO
Yellow- Aug-Sept,on Medical 8/26-10/2

Start Date :
01/01/2016

Due Date :
12/31/2016
Status :
Complete

Rating by Michael Weber:

Rating: Met Most

Category: Objectives
Key Objective : SAFETY:
Fatalities = 0
Lost Time Case Rate = .89 (10% improvement)
DART Rate = 2.04 (10% improvement)
Zero controllable late MSS and FTOV.

Performance to Objectives/Accomplishments : Fatalities = 0
Lost Time Case Rate = 1.46 (0 - Cycle Checkers)
DART Rate = 1.77-(0- Cycle Checkers)

Start Date :
01/01/2016

Due Date :
12/31/2016
Status :
Complete

Rating by Michael Weber:

Rating: Met

## Final Overall Performance Rating

Indicate the employee's final rating using the drop down menu to the right.

Final Overall Performance Rating: Achiever Rating

**Performance to Objectives/Accomplishments**

| | Rating |
|---|---|
| To maintain Inventory Monitoring Tools Reports at Green Status 901-Panning 902-Pending 904-Unbooked 907-Past Due | Met Most |
| SAFETY: Fatalities = 0 Lost Time Case Rate = .89 (10% improvement) DART Rate = 2.04 (10% improvement) Zero controllable late MSS and FTOV. | Met |
| DELIVERY: Production to Schedule = 90.2% Inventory Turns 4-Wall = 146/129 2016 targets will be to reduce controllable losses by 30%. | Met |
| COST: Meet all scorecard budget targets Cycles =157,000 Monthly 1.8 Million 2015 Cycle Performance was 4.678 M 2016 target is 1.9 Top 20 cycle losses were 1.5M for the 2015. 2016 target is 700K for the top 20 list. | Exceeded Some |
| MORALE: Continue to support Hourly Reports with the tools needed to be successful. Continue to have a good working relationship with UAW. | Met |
| QUALITY: Reduce late line feeds to scorecard objective by reducing cycle loss cost by 20% Work jointly with Production Meet Plant Internal Control Index/Metrics to scorecard objective: Cycle Schedule Compliance Net/Gross Inventory Verification Unbooked Cycle Adjustments Timely Final Cycles Pending Cycle Adjustments | Met |

**One Ford Behaviors**

| | Rating |
|---|---|
| 1. Foster Functional and Technical Excellence | Mostly Effective |
| 2. Own Working Together | Mostly Effective |
| 3. Role Model Ford Values | Effective |
| 4. Deliver Results | Mostly Effective |

## Supervisor Comments

Please provide brief comments on key objectives and performance to objectives; demonstration of One Ford Behaviors; and areas of focus over the next performance period.

**Section Comments:**

Comments by Michael Weber:

- Nicole absorbed lessons learned from 2016 MKS and Explorer Balance out events and was successful in taking the lead for the Taurus 2016 Balance Out.
- Nicole has begun to establish working relationships with production counterparts to facilitate better overall understanding of cycle losses versus unreported scrap.
- Nicole managed a large hourly turnover in her department and was able to maintain cycle compliance with minimal violations and errors.

Areas of opportunity for performance measurement in 2017.

- Use available SNURK Inventory monitoring tool reports daily to manage the cycle program and for planning purposes to stay ahead of schedule. Close out issues before exceeding 15 days from initial cycle unless there are unusual circumstances that can't be avoided.
- All parts are to be cycled 2 weeks prior to all ECN changes and immediately after the change to better understand cycle losses and to reflect inventory accuracy.
- Make sure all OOT signoff sheets are completed properly with all required signatures.
- Daily floor walks and reviews to solve warehousing issues, floor droppage, parts damaged, unreported scrap, returned material, etc...
- Daily report of cycles booked and remaining un-booked cycles provided to Parts Control Mgr.
- Work closely with PVT & ECN Process Coach to resolve part mis-usage issues related to cycle gains and losses.
- Before closing and booking a cycle, make sure no additional pending's have been entered since the count you are basing your decision on.
- Holding employees accountable for all aspects of job performance

## Year End Discussion

Please indicate the year end discussion was held.

☐ I have conducted a year end discussion including both performance to objectives and One Ford Behaviors with the employee.

Year End Discussion Date 01/13/2017

Category: Objectives
Key Objective : QUALITY:
Reduce late line feeds to scorecard objective by reducing cycle loss cost by 20%
Work jointly with Production

Meet Plant Internal Control Index/Metrics to scorecard objective:
Cycle Schedule Compliance
Net/Gross Inventory Verification
Unbooked Cycle Adjustments
Timely Final Cycles
Pending Cycle Adjustments

Performance to Objectives/Accomplishments : 1.Written 2714's on suppliers for various reason mis- marked material, identified materials that have been shipped in cardboard which didn't have the approval to do so .
2.Monitors and update the advance jobs systems this is being done on a regular basis.
3.Balanced Out MKS Decommission and 2016 U502 launch with success despite timing constant per the Plant Manager Larry Moskwa.
Internal Control Audit -Good results
Parts Investigation Reports- Started
Floor Droppage Matrix Started - driving down top three losses back to scrap.
Leading Balance Out meetings for D258 Balance Out

Start Date :
01/01/2016

Due Date :
12/31/2016
Status :
Complete

Rating by Michael Weber:

Rating: Met

**Optional Employee Comments on Overall Performance**

Provide brief comments on your overall performance (i.e. limit to about 1000 characters).

Section Comments:

Comments by Nicole Liggins:

I have 21.4 years of service with Ford Motor Company. I'm one of the more seasoned and experienced employees in the MP&L Department. The knowledge I have in all areas( Production and Logistics)  has a great impact in performing my current role. I have established great relationships with Production counterparts and MP&L counterparts, which is needed to be successful. I will continue to work closely with the ECN Coordinator and the PIA , which is vital . I will continue to excel in this role ,driving down cycle losses and identifying root cause . Assisting with possible actions needed to reduce losses and scrap.. I appreciate the opportunity I've been given to work as an agent for this Company.

**One Ford Behaviors**

Please assess the employee on their demonstration of the One Ford Behaviors.

Rating: Mostly Effective

Rating: Mostly Effective

Rating: Effective

Rating: Mostly Effective

| | |
|---|---|
| Category: Objectives<br>Key Objective : DELIVERY:<br>Production to Schedule = 90.2%<br>Inventory Turns 4-Wall = 146/129<br>2016 targets will be to reduce controllable losses by 30%.- | Performance to Objectives/Accomplishments : Continue to provide accurate counts of losses and gains , ensuring material will be available for production. Continue to control all controllable looses thus reducing them by 30% |

| | | |
|---|---|---|
| | MATERIAL PREMIUM FREIGHT<br>Premium Freight by Reason Code: CHICAGO ASSEMBLY-<br>Codes "C" and "F"<br>YTD 2015=974,527(C) and 924,321(F)<br>YTD 2016+358,171(C) and 474,665(F)<br>Based off the numbers for Nov and Dec of last year we are still on track for a target reduction of 30%.<br>For all reason coeds the total YTD 2015 =12,991,910 and 2016 YTD= 6,058,457 . | Start Date :<br>01/01/2016 |
| | | Due Date :<br>12/31/2016<br>Status :<br>Complete |

Rating by Michael Weber:

Rating: Met

| | | |
|---|---|---|
| Category: Objectives<br>Key Objective : COST:<br>Meet all scorecard budget targets<br>Cycles =157.000 Monthly<br>1.8 Million<br>2015 Cycle Performance was 4.678 M<br>2016 target is 1.9<br>Top 20 cycle losses were 1.5M for the 2015.<br>2016 target is 700K for the top 20 list. | Performance to Objectives/Accomplishments : To reduce the cycles budget by 1. mil for 2016, based off of 2015 performance- Jan -Sep YTD Cycle Losses were 3.136 reduction of 1.542.<br>Jan-$205,065<br>Feb-$267,362<br>March-$298.687<br>April-$287.319<br>May-$168,405<br>June-$266,654<br>July-$413,814-( Balance Out Cycles included in this number)<br>Aug-$266,005-( Balance Out Cycles included in this number)<br>Sept-$589,859( Out on a Medical Leave from 8/25-10/2) | Start Date :<br>01/01/2016 |
| | Top 20 cycle losses were 1.5M for the 2015.<br>2016 target is 700K for the top 20 list.<br>Top 20 Cycle Losses were reduced below target of 700k to 648,140<br>I was the overall lead on reduction on all Top 20 but was the primary lead on the parts listed below.<br>19H449- $170,524 REDUCED $75,149<br>1A180-$103,224 REDUCED $21,371 | |
| | | Due Date :<br>12/31/2016<br>Status :<br>Complete |

Rating by Michael Weber:

Rating: Exceeded Some

| | | |
|---|---|---|
| Category: Objectives<br>Key Objective : MORALE:<br>Continue to support Hourly Reports with the tools needed to be successful.<br>Continue to have a good working relationship with UAW. | Performance to Objectives/Accomplishments : Despite the lack of job coverage the Cycle Team has been able to maintain and pull together to cover two missing heads . The Team displayed great Team work .<br>Recognized Checkers for their extra efforts by awarding them with Meal Tickets . | Start Date :<br>01/01/2016 |
| | | Due Date :<br>12/31/2016<br>Status :<br>Complete |

Rating by Michael Weber:

Rating: Met

## Areas of Focus Over the Next Performance Period

Provide brief comments areas of focus over the next performance period (i.e. limit to about 1000 characters).

### Section Comments:

**Comments by Lori Libera:**
This will be an extremely busy year for Parts Control; specifically, with Cycles. The department has been tasked with taking the lead for CAP in reducing cycles while continuing to work with Production on driving inventory accuracy to avoid production interruptions. Nicole will play a pivotal role in the Lincoln balance out in May 2016 and a fourth quarter launch. As the Cycle Check Process Coach, Nicole must take a leadership role working with the team in determining a plan to reduce the Top 20 cycle losses, execute the plan successfully, data mine and analyze the results, work with her MP&L and Production network to implement corrective actions and then consistently verify the results with metrics. Specifically, Nicole must do the following to ensure success in 2016:
- MCRP Metrics - finished 2015 strong and must continue positive performance in 2016
- Cycle Performance - must continue to identify gaps in our cycle program and develop processes to close and hit YE target of 1.9M. Utilize the cycle program to work with Production on reducing material losses by providing data and recommendations based on trends.
- Work with PIA/ECC on Obsolescence disposition to ensure it is as minimal as possible.
- Look at cycle loss trends and lead times to determine appropriate amount of Stockpile as we enter balance out.
- Review the number of parts each cycle checker counts and redistribute as necessary.
- Support Launch as needed.
- Assume all the Bulk ordering by June 2016.
- Randomly audit cycle checkers' work, conduct weekly PJOs and log accordingly.
- Personally review all OOT cycle losses as part of root cause analysis.
- Consider occasionally randomly alternating start time to ensure cycle checkers are counting to maximum potential.
- Will need to prioritize other duties as assigned and as needed.

## Signatures

Employee:       _Nicole Liggins 02/01/2016_
                Nicole Liggins
People Leader:  _Lori Libera_       _02/03/2016_
                Lori Libera



# 2017 Performance Review for Nicole Liggins

## Employee Information

First Name: Nicole
Last Name: Liggins
Global ID: 823823
Title: Process Coach-MPL
Salary Grade/Level: SG6
Skill Team: Manufacturing
Business Unit: USA Automotive
Country/Market: United States
Supervisor: Donald Cox JR.

## Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. This form should be used to capture individual progress and be used to enhance the quality of the dialogue between supervisor and employee. For additional resources to complete this form, including Quick Reference Guides, click here.

## Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section and provides optional overall comments. Supervisor reviews / edits as necessary and optionally rates each objective (Note: Updates to objectives are immediately viewable on the employee's Objective Worksheet).

Category: Objectives
Key Objective : SAFETY

Fatalities = 0
Lost Time Case Rate = .89 (10% improvement)
DART Rate = 2.04 (10% improvement)
Zero controllable late MSS and FTOV.

Weekly Ivex audit

Performance to Objectives/Accomplishments : SAFETY- Exceeded

Fatalities = 0
Lost Time Case Rate = .89 (10% improvement)
DART Rate = 2.04 (10% improvement)
Zero controllable late MSS and FTOV.
100% compliance MSS inventory cycle checkers

Start Date : 01/01/2017

Due Date : 12/31/2017
Status : Complete

Rating by Donald Cox JR.:

Rating: Exceeded Most

Category: Objectives
Key Objective : QUALITY-

MCRP - 401 Monthly scorecards Reduce number of yellow and red occurrences by 30%.
2016 Yellows-15
2017 target -10
2016 Reds- 4
2017 target – 0
Zero Items yellow or red for 3 consecutive months
Plant Internal Control Index/Metrics
November YTD average was 86.2

2016 Open MCRP Gaps not closed was 4.8. (1 MP&L responsible open items 112-1)
2017 target is zero MP&L responsible open gaps.

Performance to Objectives/Accomplishments : QUALITY- Exceeded

MCRP - 401 Monthly scorecards Reduce number of yellow and red occurrences by 30%.
112-1 Cycle Schedule Compliance -100% Green
114-2 Unbooked Cycle Adjustments -98% Green ( Red in March Tires PIA advised to leave Red) ( yellow June , cycle booked on the 31st day)
114-4 Pending Cycle Adjustments -99% Green ( Yellow in Jan , old part restarted)
Zero Items yellow or red for 3 consecutive months -100%
2017 MCRP Gaps- Cycles on track for zero gaps

Start Date : 01/01/2017

Due Date : 12/31/2017
Status : Complete

Rating by Donald Cox JR.:

Rating: Exceeded Most

*2017 Performance Review for Nicole Liggins*

Category: Objectives
Key Objective : DELIVERY-

Meet Plant Internal Controls Index/ Metrics to Scorecard Objective.
Meet Cycle Schedule Compliance.
Meet Unbooked Cycle Adjustments
Meet Pending Cycle Adjustments.

Performance to Objectives/Accomplishments : DELIVERY-Exceeded

On Track to meet the following :
Meet Plant Internal Controls Index/ Metrics to Scorecard Objective.
Meet Cycle Schedule Compliance.
Meet Unbooked Cycle Adjustments
Meet Pending Cycle Adjustments.

2017 Balance Out was successful.
Will review Lessons Learned as a Team in the next week.

Start Date : 01/01/2017

Due Date : 12/31/2017
Status : Complete

Rating by Donald Cox JR.:
Rating: Exceeded Most

---

Category: Objectives
Key Objective : COST

2017 Cycle Target of 167K/month 2M annual
2016 Cycle Performance was 3.7M
Top 20 cycle losses were 1.5M for the 2016.

Performance to Objectives/Accomplishments : COST-Exceeded

2017 Cycle Target of 167K/month 2M annual
reduced Cycles for 2017 by 2.4M . Monthly average =$115K
Yearly average 1.3M
2016 Cycle Performance was 3.7M-on track to reduce overall
2016 Cycle Performance by 2.7M
Top 20 cycle losses were 1.5M for the 2016.
2017 target to reduce Top 20 Cycle Losses by 20%- reduced
Top 20 Cycles by 32%

Assisted in identifying Scrap Reduction opportunities in Production Totaling over 300K in Floor Droppage alone.

Lead on tracking and setting up QDC Audits - Recovered 148k from various suppliers through this process

Implemented the scale project for two of the top 20 cycle loss parts, which has resulted in zero parts being sent back from time of installation.( May 2017)

Start Date : 01/01/2017

Due Date : 12/31/2017
Status : Complete

Rating by Donald Cox JR.:
Rating: Exceeded Most

---

Category: Objectives
Key Objective : PEOPLE

Continue to support hourly reports with tools needed to be successful.
Continue to have good working relationships with UAW.
Recognize team members for their outstanding efforts made

Performance to Objectives/Accomplishments : People-Exceeded
Cycle Checker Team has a more stable foundation this year .
Noticeable team improvements from Cycle Team.
Reward Team Members monthly for outstanding efforts.

Took Lead on putting together a Training Package for the Salary New Hire
Took the Lead on Early Out Schedule for Team Members.

Start Date : 01/01/2017

Due Date : 12/31/2017
Status : Complete

Rating by Donald Cox JR.:
Rating: Exceeded Most

*2017 Performance Review for Nicole Liggins*

| Category: Objectives<br>Key Objective : ENVIRONMENT/ENERGY<br><br>Compliance = 100% | Performance to Objectives/Accomplishments :<br>ENVIRONMENT/ENERGY- Exceeded<br>Compliance = 100% | Start Date :<br>01/01/2017<br><br>Due Date :<br>12/31/2017<br>Status :<br>Complete |
|---|---|---|

Rating by Donald Cox JR.:
Rating: Exceeded Most

### Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters).

Section Comments:

Comments by Nicole Liggins:

*This year will the best on record for the Cycle Checkers Program here at CAP in the last 10 years. I fully understand this was a team effort, however here are a few areas where I feel I played a pivotal role in our success. All tasked that were given to me were completed on time or before schedule. Provided vital insight on problem solving to keep the facility on target. Identified areas of opportunity that in turn saved the facility money. I believe I have fostered a successful working relationship with both production and UAW counterparts. I have assisted (mentored) peers within and outside of the MP&L organization, assuring our future success. I have also welcomed covering for my direct manager in his absences.*

*I've exceeded in all objectives and demonstrated effective "One Ford Behaviors" at the highest level relative to my peers. These are just a few examples of my contributions to our overall and my Top Achiever mentality.*

### One Ford Behaviors

Please assess the employee on their demonstration of the One Ford Behaviors.

Rating: Highly Effective

Rating: Highly Effective

Rating: Highly Effective

Rating: Highly Effective

*2017 Performance Review for Nicole Liggins*

## Final Overall Performance Rating

Indicate the employee's final rating using the drop down menu to the right.

Final Overall Performance Rating: Top Achiever Rating

**Performance to Objectives/Accomplishments**

SAFETY Fatalities = 0 Lost Time Case Rate = .89 (10% improvement) DART Rate = 2.04 (10% improvement) Zero controllable late MSS and FTOV. Weekly Ivex audit — Exceeded Most

QUALITY- MCRP - 401 Monthly scorecards Reduce number of yellow and red occurrences by 30%. 2016 Yellows-15 2017 target -10 2016 Reds- 4 2017 target – 0 Zero Items yellow or red for 3 consecutive months  Plant Internal Control Index/Metrics  November YTD average was 86.2 2016 Open MCRP Gaps not closed was 4.8. (1 MP&L responsible open items 112-1) 2017 target is zero MP&L responsible open gaps. — Exceeded Most

DELIVERY- Meet Plant Internal Controls Index/ Metrics to Scorecard Objective. Meet Cycle Schedule Compliance. Meet Unbooked Cycle Adjustments Meet Pending Cycle Adjustments. . — Exceeded Most

COST 2017 Cycle Target of 167K/month 2M annual 2016 Cycle Performance was 3.7M Top 20 cycle losses were 1.5M for the 2016. — Exceeded Most

PEOPLE Continue to support hourly reports with tools needed to be successful. Continue to have good working relationships with UAW. Recognize team members for their outstanding efforts made — Exceeded Most

ENVIRONMENT/ENERGY Compliance = 100% — Exceeded Most

**One Ford Behaviors**

1. Foster Functional and Technical Excellence — Highly Effective

2. Own Working Together — Highly Effective

3. Role Model Ford Values — Highly Effective

4. Deliver Results — Highly Effective

*2017 Performance Review for Nicole Liggins*



## 2018 Performance Review for Nicole Liggins

### Employee Information

| | | | |
|---|---|---|---|
| First Name | Nicole | Last Name | Liggins |
| Global ID | 823823 | Title | Process Coach-MPL |
| Salary Grade/Level | SG7 | Skill Team | Manufacturing |
| Business Unit | USA Automotive | Country/Nation | United States |
| Supervisor | Karen Yandle | | |

### Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. This form should be used to capture individual progress and be used to enhance the quality of the dialogue between people leader and employee. For additional resources to complete this form, including Quick Reference Guides, click here.

### Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section and provides optional overall comments. People leader reviews / edits as necessary and optionally rates each objective (Note: Updates to objectives are immediately viewable on the employee's Objective Worksheet)

Objective
**People**
100% implementation on pulse actions items 2) Establish reward and recognition matrix to track performance 3) Develop and implement MP&L Salary training material 4) Actively Promote diversity and inclusion in your area of responsibilities 5) Scorecard Review -

`Complete`

1) 100% implementation on pulse actions items -Met
2) Establish reward and recognition matrix to track performance-Exceeded
3) Develop and implement MP&L Salary training material- Met
4) Actively Promote diversity and inclusion in your area of responsibilities Exceeded
Learning from everyday interactions .
Participated in Daily Interactions sessions monthly.
Recognized my individual barriers and challenges
Made more innovative contributions
Collaborated better with peers and leadership
5) Scorecard Review - Met

### Rating

Exceeded Some

### Objective Details

| Key Objective | People 100% implementation on pulse actions items 2) Establish reward and recognition matrix to track performance 3) Develop and implement MP&L Salary training material 4) Actively Promote diversity and inclusion in your area of responsibilities 5) Scorecard Review - | Performance to Objectives/Accomplishments | 1) 100% implementation on pulse actions items -Met 2) Establish reward and recognition matrix to track performance-Exceeded 3) Develop and implement MP&L Salary training material- Met 4) Actively Promote diversity and inclusion in your area of responsibilities Exceeded Learning from everyday interactions Participated in Daily Interactions sessions monthly. Recognized my individual barriers and challenges Made more innovative contributions Collaborated better with peers and leadership 5) Scorecard Review - Met |
|---|---|---|---|
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

Objective
**Cost**
Meet Manning Objective -
'OLOT -
Top 20 Cycle Losses -

`Complete`

Meet Manning Objective -Met
'OLOT - Met
Top 20 Cycle Losses - 50% reduction year over year of Top 2017 Cycle Losses .
Assigned part made a 98.8% improvement - Part DG13 -3C529-CS. Took the Lead on Scale Project

### Rating

Met

Meet Monthly cycle performance Objective Month over month improvement 2017/2018- 167K for 2017 105K

Improve OBSO Process timing - Met
Meet Monthly cycle performance Objective- 105K Exceeded
Month over month improvement 2017/2018- 167K for 2017 -105K 2018-Exceeded

### Rating

Exceeded Most

### Objective Details

| Key Objective | Delivery<br>Improve OBSO Process timing<br>Meet Monthly cycle performance Objective<br>Month over month improvement 2017/2018-<br>167K for 2017 105K | Performance to<br>Objectives/Accomplishments | Improve OBSO Process timing - Met<br>Meet Monthly cycle performance Objective-<br>105K Exceeded<br>Month over month improvement 2017/2018-<br>167K for 2017 -105K 2018-Exceeded |
|---|---|---|---|
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

Objectives
Environment
1) Achieve Energy reduction Target a. Complete the CSC light project to achieve 70K of electricity savings by May 1st

[Complete]

Achieve Energy reduction Target - Met a. Complete the CSC light project to achieve 70K of electricity savings by May 1st

### Rating

Met

### Objective Details

| Key Objective | Environment<br>1) Achieve Energy reduction Target a. Complete<br>the CSC light project to achieve 70K of<br>electricity savings by May 1st | Performance to<br>Objectives/Accomplishments | Achieve Energy reduction Target - Met a.<br>Complete the CSC light project to achieve 70K<br>of electricity savings by May 1st |
|---|---|---|---|
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

### Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters)

Section Comments:

**Subject's Comments**

- Throughout the year I have been able to ensure all responsible areas of assigned tasked are completed , before leaving for the day and or due date .
- I have without hesitation worked extra hours assisting the 2020 Launch Team , without impacting my schedule workload .
- On a daily basis I strive to demonstrate being a "Team Player "/ "One Ford Behaviors" which are imperative to the Departments success.
- I have the ability to set priorities and adjust them as needed when the unexpected arise.
- Will ask questions and ask for guidance when not sure of what to do.
- I have the ability to work on my own , without being Micro- Managed .
- I have excellent oral and written communication skills .
- Always follow through , providing detailed information.
- Open to take in knowledge and skills from others
- Very supportive of coworkers and direct reports
- I have the ability to teach and inspire others to do better .

### Final Overall Performance Rating

Indicate the employee's final rating using the drop down menu to the right

**Final Overall Performance Rating:**

Achiever

**People Leader Comments**    → no comments given by ms. Yandle

Please provide brief comments on key objectives and performance to objectives, demonstration of One Ford Behaviors, and areas of focus over the next performance period

### Year End Discussion

Please indicate the year end discussion was held.

**Supervisor Comments**

Please provide brief comments on key objectives and performance to objectives; demonstration of One Ford Behaviors; and areas of focus over the next performance period.

Section Comments:

Comments by Donald Cox JR.:

Nicole has demonstrated deep knowledge of inventory systems, cycle functions, and material flow. Nicole's exceptional job knowledge enables her to adapt and handle complex assignments ( ex; Saudi Re-integration process- for which she was recognized for outstanding Team work  as well as exhibiting One Ford Leadership behaviors) Nicole continually monitors business conditions and adjusts her Team's priorities as needed. Nicole through her actions, ensures process discipline while persuading others ( both inside and outside her organizations) to establish processes as needed ( example QDC process - while already established Nicole has engaged the MP&L Team for effective QDC'ing -recognizing >$157K in supplier discrepancies.  Nicole takes on additional responsibilities w/out hesitation -assisting the team with alignment of business objectives ( She is the lead for advocating and structuring work life balance for the material control Team) .  With her action, The MP&L department has recognized best ever results in areas of cost

**Year End Discussion**

Please indicate the year end discussion was held.

I have conducted a year end discussion including both performance to objectives and One Ford Behaviors with the employee.
Year End Discussion Date  01/09/2018

*2017 Performance Review for Nicole Liggins*

## Objective Details

| Key Objective | Cost<br>Meet Manning Objective -<br>'OLOT -<br>Top 20 Cycle Losses - | Performance to<br>Objectives/Accomplishments | Meet Manning Objective -Met<br>'OLOT - Met<br>Top 20 Cycle Losses - 50% reduction year over<br>year of Top 2017 Cycle Losses<br>Assigned part made a 99.8% improvement -<br>Part DG13 -3C629-CS. Took the Lead on Scale<br>Project |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

Objectives
Safety

[Complete]

Fatalities -Zero Fatalities
LTCR - Rate -Monthly Rate < Target 1.48
Risk Prevention Actions PMHV Behavioral Obs
PJO - 1/PC/day

2018 Safety Objectives - Fatalities-0 - Met
LTCR- Rate -1.70- Exceeded
PMHV Behavioral Obs PJO - 1/PC/day- Met

### Rating

Exceeded Some

## Objective Details

| | Safety | | |
| Key Objective | Fatalities -Zero Fatalities<br>LTCR - Rate -Monthly Rate < Target 1.48<br>Risk Prevention Actions PMHV Behavioral Obs<br>PJO - 1/PC/day | Performance to<br>Objectives/Accomplishments | 2018 Safety Objectives - Fatalities-0 - Met<br>LTCR- Rate -1.70- Exceeded<br>PMHV Behavioral Obs PJO - 1/PC/day- Met |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

Objectives
Quality

[Complete]

MCRP 401 Monthly scorecards- Zero consecutive Yellow or Reds
2017-Yellow - 12 Red - 8 2018-Yellow -0 Red 0
Plant Internal Control Index-Metric > 92% 2017-89% 2018-100%
QDC Tracking -3 per month

MCRP 401 Monthly scorecards-Zero Reds and Zero Yellows - Exceeded
Plant Internal Control Index-Metric >98% -Exceeded
QDC Tracking -recovered 50K Met

### Rating

Exceeded Most

## Objective Details

| | Quality | | |
| Key Objective | MCRP 401 Monthly scorecards- Zero<br>consecutive Yellow or Reds<br>2017-Yellow - 12 Red - 8 2018-Yellow -0 Red 0<br>Plant Internal Control Index-Metric > 92% 2017-<br>89% 2018-100%<br>QDC Tracking -3 per month | Performance to<br>Objectives/Accomplishments | MCRP 401 Monthly scorecards-Zero Reds and<br>Zero Yellows - Exceeded<br>Plant Internal Control Index-Metric >98%<br>-Exceeded<br>QDC Tracking -recovered 50K Met |
| Start Date | 01/01/2018 | Due Date | 12/31/2018 |
| Status | Complete | | |

Objectives
Delivery
Improve OBSO Process timing

[Complete]

2019 Performance Review for Nicole Liggins



## 2019 Performance Review for Nicole Liggins

### Employee Information

| | | | |
|---|---|---|---|
| First Name | Nicole | Last Name | Liggins |
| Global ID | 823823 | Title | Process Coach-MPL |
| Salary Grade/Level | SG7 | Skill Team | Manufacturing |
| Business Unit | USA Automotive | Country/Market | United States |
| People Leader | Donald Cox JR | | |

### Instructions

The purpose of the year end performance discussion is to ensure alignment on key business priorities and encourage ongoing professional development. Use this form to capture individual progress to prepare for a quality of the dialogue between the people leader and employee. For additional resources click here.

### Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section and provides optional overall comments. People leader reviews / edits as necessary and optionally rates each objective (Note: Updates to objectives are immediately viewable on the employee's Objective Worksheet)

Objectives
**Safety Objectives -**                                              `Complete`

Fatalities-0 -
LTCR- Rate -1.48-
PMHV Behavioral -

Fatalities-0 -
LTCR- Rate -1.48-
PMHV Behavioral -92%
Osha-2018-6.17
2019-3.89

**Rating**

Met

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2019 | Due Date | 12/31/2019 |
| Status | Complete | | |

Objectives
Quality                                                             `Complete`
MCRP 401 Monthly scorecards- Zero consecutive Yellow or Reds
Plant Internal Control Index-Metric > 92%
QDC Tracking -3 per month

**Rating**

Met

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2019 | Due Date | 12/31/2019 |
| Status | Complete | | |

Objectives
Delivery                                                           `Complete`
Reduce no stocks

Reduced from avg. 1260-432 monthly ( 7/19-12/31/19)

**Rating**

Met

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 07/08/2019 | Due Date | 12/31/2019 |
| Status | Complete | | |

Objectives                                                        `Complete`

Cost
Meet Manning Objective - 'OLOT -
Top 20 Cycle Losses -

**Rating**

Met

## Objective Details

| Start Date | 01/01/2019 | Due Date | 12/31/2019 |
| --- | --- | --- | --- |
| Status | Complete | | |

Objectives

Diversity & Inclusion                                                                    [ Complete ]
Actively promotes diversity & inclusion in workplace & takes appropriate action to ensure
compliance w/Ford's Anti-Harassment & Equal Employment Opportunity Policies.

**Rating**

Exceeded Some

## Objective Details

| Start Date | 01/01/2019 | Due Date | 12/31/2019 |
| --- | --- | --- | --- |
| Status | Complete | | |

## Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters)

Employee Comments                           Type your Comments here

## Our Truths

Please assess the employee on their demonstration of Our Truths. Click here to reference example behaviors of Our Truths

### 1  Put People First

We are a company driven by purpose. Whether it's our customers, employees, partners, or communities, we obsess about the wants and needs of people
to drive human progress

**Rating**

Met

### 2. Do the Right Thing

We begin with a belief that trust in our brand, and in each other, comes from acting with integrity and transparency. We foster safe, inclusive work
environments that create freedom to be our whole selves and do our best work

**Rating**

Met

### 3. Be Curious

We approach the world and each other with a sense of interest and wonder. We are humble enough to know we can learn this from every situation, and
actively question to understand and think critically

**Rating**

Met

### 4. Create Tomorrow

We cultivate meaningful change to optimize today and create tomorrow. We look ahead in our focal length and bring clarity to the future. We solve problems
creatively, accept risk, and experiment boldly

**Rating**

Met

### 5  Built Ford Tough

We accept challenges and overcome them with confidence, courage and optimism. We put the world on wheels, embracing disruption to evolve. We are
resilient and in it for the long haul

**Rating**

Met

### 6  Play to Win

We are accountable. We are in business to create value, and we celebrate when we do. We are focused on our competitive fitness, efficiency and agility.
We make quality decisions, and are each empowered to deliver excellence

**Rating**

Met

### 7  ONE Ford

We rely on, respect, and care for each other. We build networks and partner without boundaries. We welcome everyone's unique contributions,
communicate candidly, and work together as ONE team -- we are a family

2019 Performance Review for Nicole Liggins

Rating
Met

**Final Overall Performance Rating:**

Indicate the employee's final rating using the drop down menu

**Final Overall Performance Rating:**
Achiever

**People Leader Comments**

Please provide brief comments on key objectives and performance to objectives, demonstration of Our Truths, and areas of focus over the next performance period

People Leader Comments

Areas of focus are process discipline, understanding failure mechanism , and developing actions to countermeasure

Other opportunity as more seasoned/tenured employee @ CSC is taking more of a leadership role , utilizing previous background to help develop skill set of team members

**Year End Discussion**

Please indicate the year end discussion was held

✓ <b> I have conducted a year end discussion including both performance to objectives and demonstration of Our Truths with the employee </b>

Year End Discussion Date                01/27/2020

2020 Performance Review for Nicole Liggins



## 2020 Performance Review for Nicole Liggins

### Employee Information

| | | | |
|---|---|---|---|
| First Name | Nicole | Last Name | Liggins |
| CDSID | 923823 | Title | Process Coach-MPL |
| Salary Grade/Level | SG7 | Sub Team | Manufacturing Plants |
| Region | USA Automotive | Country of Work | United States |
| People Leader | Jane Little | | |

### Instructions

The purpose of the year-end performance conversation is to reflect on annual performance, ensure alignment on key business priorities, and encourage ongoing growth. Use this form to capture individual performance and to prepare for a quality conversation between the People Leader and employee. For additional resources click here.

### Performance to Objectives/Accomplishments

Employee inputs performance toward key objectives and accomplishments in this section and provides optional overall comments. People leader reviews / edits as necessary and optionally rates each objective (Note: Updates to objectives are immediately viewable on the employee's Objective Worksheet)

Objectives
**Safety**
**Zero fatalities**

On Track

Met objective

**Rating**
Select a Rating

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 |
| Status | On Track | | |

Objectives
**Safety -LTCR - Rate-Monthly Rate < Target**
**> 2.13 target to objectives 2020**

On Track

Performance to objective thru November 2020 -2.62
6 calendar months exceeded with 0 LTCR (4 consecutive months March-June)

**Rating**
Select a Rating

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 |
| Status | On Track | | |

Objectives
**People**
1) 100% implementation on pulse actions items
2) Establish reward and recognition matrix to track performance
3) Develop and implement MP&L Salary training material
4) Actively Promote diversity and inclusion in your area of responsibilities

On Track

People
1) 100% implementation on pulse actions items - met
2) Establish reward and recognition matrix to track performance-Met
3) Develop and implement MP&L Salary training material -Met
4) Actively Promote diversity and inclusion in your area of responsibilities-Met

**Rating**
Select a Rating

#### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 |
| Status | On Track | | |

Objectives
**Cost**
Meet department rebalance target

On Track

2020 Performance Review for Nicole Liggins

Department task 28 equivalent heads for calendar year 2020
Achieved rebalance task while maintaining continuity of production

Department task 28 equivalent heads for calendar year 2020
Achieved rebalance task while maintaining continuity of production ( task taken in all areas of MP&L including capturing incremental utilization )

**Rating**
Select a Rating

## Objective Details

| | | | | |
|---|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 | |
| Status | On Track | | | |

Objective
Delivery
Meet base unload targets/ objectives for newly launched NP facility.
live load target 100%

On Track

Delivery
Meet base unload targets/ objectives for newly launched NP facility
live load target 100%

**Rating**
Select a Rating

## Objective Details

| | | | | |
|---|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 | |
| Status | On Track | | | |

Objective
Delivery
Zero lost volume due to material delivery from NP to CAP/SHO

On Track

Met objective
Zero instances of lost productivity to CAP due to less effective delivery streams from NP

**Rating**
Select a Rating

## Objective Details

| | | | | |
|---|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 | |
| Status | On Track | | | |

Objective
Delivery
Live load performance
Objective live load ( controllable ) within 75 minutes

On Track

Aug -57%
Sept -62%
Oct -69 %
Nov-72%
Dec-

**Rating**
Select a Rating

## Objective Details

| | | | | |
|---|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 | |
| Status | On Track | | | |

Objective
People
Monthly skip level meetings
Scorecard Reviews
Pay Accuracy
Reward and recognition

On Track

Monthly skip level meetings -- Monthly meeting with NP and CSC Teams
Scorecard Reviews--Rolled out NP score card to Team August
Pay Accuracy----------Will need more finite racking to measure
Reward and recognition---Recognized employees for both safety compliance for monthly SPRB  and individual recognition for performance

**Rating**
Select a Rating

## Objective Details

2020 Performance Review for Nicole Liggins

| | | | |
|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 |
| Status | On Track | | |

Description
Maint
PMHV ABC PM inspections
Support Garage PC to ensure Hilos are available to support PM requirements

[On Track]

Objectives met - PMHV percentage compliance

### Rating
Select a Rating

### Objective Details

| | | | |
|---|---|---|---|
| Start Date | 01/01/2020 | Due Date | 12/31/2020 |
| Status | On Track | | |

### Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters)

Employee comments

### Our Truths

People Leader: Please assess the employee on their demonstration of Our Truths. Click here to reference example behaviors of Our Truths

#### 1. Put People First

We are a company driven by purpose. Whether it's our customers, employees, partners, or communities, we obsess about the wants and needs of people to drive human progress

##### Rating
Met

#### 2. Do the Right Thing

We begin with a belief that trust in our brand, and in each other, comes from acting with integrity and transparency. We foster safe, inclusive work environments that create freedom to be our whole selves and do our best work

##### Rating
Met

#### 3. Be Curious

We approach the world and each other with a sense of interest and wonder. We are humble enough to know we can learn this from every situation, and actively question to understand and think critically.

##### Rating
Met

#### 4. Create Tomorrow

We cultivate meaningful change to optimize today and create tomorrow. We look ahead in our focal length and bring clarity to the future. We solve problems creatively, accept risk, and experiment boldly

##### Rating
Met

#### 5. Built Ford Tough

We accept challenges and overcome them with confidence, courage and optimism. We put the world on wheels, embracing disruption to evolve. We are resilient and in it for the long haul

##### Rating
Met

#### 6. Play to Win

We are accountable. We are in business to create value, and we celebrate when we do. We are focused on our competitive fitness, efficiency and agility. We make quality decisions, and are each empowered to deliver excellence

##### Rating
Met

#### 7. ONE Ford

We rely on, respect, and care for each other. We build networks and partner without boundaries. We welcome everyone's unique contributions, communicate candidly, and work together as ONE team -- we are a family

##### Rating
Met

### Final Overall Performance Rating:

Indicate the employee's final rating using the drop down menu

### Final Overall Performance Rating:

2020 Performance Review for Nicole Liggins

Achiever

## People Leader Comments

Please provide brief comments on key objectives and performance to objectives, demonstration of Our Truths, and areas of focus over the next performance period

Nicole has been the lead PG for the inception of the North Pointe facility as has been instrumental in establishing sustainable metering process as well as sustainable CMD process including developing new layout and strategy that has proved to be efficient and effective

Strengths- Process disciplined – objective focused, follows up on assignments, organized, and prepared

Opportunities – continue to work on conflict resolution and cross functional team collaboration inside/outside the organization aligned with objectives

## Year End Conversation

Please indicate the year end conversation was held

✓ I have conducted a year end conversation including both performance to objectives and demonstration of Our Truths with the employee

03/12/2021

Category: Objectives
Key Objective : PEOPLE
Maintain updated evidence books to support your scorecard objectives for the Team Manager review.
Update Career Navigator for Team Manager's review.
Provide your Team Manager the names of employees who should be recognized for their continuous effort.
Close your DROT daily and without pay errors.

Performance to Objectives/Accomplishments :
Relationships with production counterparts have become stronger than prior year . My leadership to hourly employees has help them have a trusting feeling towards me.

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:
Rating: Met

Category: Objectives
Key Objective : MAINTENANCE
Confirm PMHVs are plugged in at all opportunities and chargers are working properly
Provide hour meter readings to ITR shop for PM Scheduling.
Document PMHV and Charger issues for the weekly department meeting with the Hilo Shop.

Performance to Objectives/Accomplishments : PMHV audits are conducted throughout the day to ensure plugged in when not in use. Hour Meter readings are taken on A-Crew .All PMHV issues are reported on the spot to the Jeep Shop .

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:
Rating: Met

Category: Objectives
Key Objective : HOUSEKEEPING
Audit docks in your zone are working correctly and have the proper wind protection.
"Conduct housekeeping audits with the supervisors in area reviewing 5S standards."

Performance to Objectives/Accomplishments : Audits are performed on different docks daily with GRASP.
Housekeeping is reviewed Daily with Voith and Production .
5S is enforced on all hourly reports

Start Date :
01/01/2014

Due Date :
12/31/2014
Status :
Complete

Rating by Luis Aguilar:
Rating: Met

## Optional Employee Comments on Overall Performance

Provide brief comments on your overall performance (i.e. limit to about 1000 characters).

**Section Comments:**

**Comments by Nicole Liggins:**

## Supervisor Comments

Provide brief comments on the employee's overall performance, strengths and opportunities (Note: the number of allowable characters is limited to 4000).

**Section Comments:**

**Comments by Luis Aguilar:**
Nicole served as one of our more experienced Process Coaches while on the floor and has transitioned well into her new role as Cycle Check Supervisor



Policy
Violations

Further

Welcome Liggins, Nicole     Close Tab

**(HR ONLINE**

# JOBS ONLINE - Program Overview

## General Description

JOBS ONLINE is a web-based Job Posting System for U.S. salaried employees. JOBS ONLINE enables employees to view job openings throughout all U.S. operations and allows them to express interest by making their skills known. For managers, JOBS will expand the universe of qualified candidates. JOBS ONLINE is accessible through HR ONLINE.

Hiring managers interested in posting a job can reach JOBS ONLINE by clicking on Manager's Toolbox on the HR ONLINE home page and selecting JOBS ONLINE from the menu. Applicants desiring to search and apply for a job can access JOBS ONLINE by clicking on Professional Development from the HR ONLINE home page and selecting JOBS ONLINE from the menu.

## Eligibility

All salaried employees on U.S. Payroll, salary grades 1-12, are eligible. This includes salaried employees in the following employment statuses:

- Regular, Full-time
- Represented
- Transitional Work Arrangement (TWA) and/or Job Share
- Non-regular, Supplemental
- International Service employees on out-bound assignments (e.g. U.S. employees on assignment in Britain)

## Program Specifics

## Applicant Role

Applicants must affirm that they:

- possess the skills required to perform the job
- have been in their current position for a minimum of 18 months *(applicant chosen had 10 months)*
- have discussed interest in the job with current supervisor prior to application *Was asked to apply*

## Manager Role

Managers must confirm that they:

- have received approval for budget/headcount
- have received concurrence from PDC to post

## Personnel Development Committee (PDC) Role

- Review with Hiring Manager the possibility of utilizing JOBS ONLINE to assist with filling an opening
- Provide concurrence to post an opening in JOBS ONLINE
- Supply potential candidates to Hiring Manager outside of JOBS ONLINE (if applicable)
- Concur on short list of interview candidates with Hiring Manager

Performance Management Process - Policy HR Online

 Go Further

Welcome Liggins, Nicole     Close Tab

ONLINE

# Performance Management Process - All Employees (Leadership Levels 1-6 and General Salary Roll - GSR)

## Policy at a Glance

### Policy

Company policy provides for ongoing performance feedback to employees that includes:

- a review of the employee's specific responsibilities, objectives and accomplishments,
- an evaluation of performance, competency, and coaching and counseling on the development of job related skills and ONE Ford Behaviors, &
- interim performance discussion mid-year and formal year-end performance reviews.

### Purpose

A primary goal of conducting performance reviews is to improve business results by focusing all employees on their performance to objectives and encouraging their ongoing professional development. It is an on-going communication tool for employees and supervisors to:

- set SMART objectives - Specific, Measurable, Aligned, Realistic, Time-bound,
- provide regular feedback,
- include multiple inputs into the review (optional),
- conduct interim and year-end performance assessments,
- differentiate overall performance for the purpose of compensation planning and promotional opportunity decisions,
- improve job performance,
- assess ONE Ford Behaviors,
- specify expectations for accomplishments of task, project responsibilities, and behaviors.

### Process

The Performance Management Process consists of 3 steps to be completed over a twelve month period as follows:

1. Objective Setting/Work Planning - to be completed in the first quarter of the review cycle for the purpose of establishing the employee's objectives and supervisory expectations for accomplishing tasks and projects during the course of the year.
2. Interim Performance Discussion - to be completed midway through the review cycle to review progress, recognize and discuss necessary changes in responsibilities, provide the employee with interim performance feedback and indicate actions to be taken to maintain or improve performance Supporting documentation used during the interim discussion should be maintained locally.
3. Final Performance Review - to be completed at the end of the review cycle to formally evaluate performance and, if necessary, establish plans for improving employee performance and proficiency on job-related skills. The performance review should be completed by the evaluating supervisor/ manager. The employee is asked to sign and date the form, following a thorough discussion of his/her

Performance Management Process - Policy - HR ONLINE

performance with the evaluating supervisor or manager, as an acknowledgement of the evaluation discussion and does not indicate the employee's concurrence of the evaluation or rating.

## Achieving Peak Performance

Performance discussions should be a two-way dialogue between employee and supervisor. The discussion should help an employee to:

- Meet or exceed SMART objectives
- Continually demonstrate ONE Ford Behaviors
- Contribute to achievement of the Company's business goals

Each supervisor is expected to coach employees to help them to develop their talents and achieve measurable performance improvements.

As a participant in the coaching process, supervisors are encouraged to:

- fairly, consistently, and honestly assess employees' performance,
- provide specific information to employees that will help them perform at their maximum level, and
- provide a positive, safe, and respectful environment where employees can reach their maximum performance and long-term potential.

As a participant in the coaching process, employees are encouraged to:

- be receptive when receiving constructive feedback,
- listen carefully when receiving feedback, coaching, and counseling,
- ask for clarification when necessary, and
- actively participate and lead the effort to develop yourself and to improve your skills and performance.

In the end, the primary goal of performance coaching is to empower employees to build talents into strengths and strive to achieve higher levels of performance.

## Description of the Employee Performance Review Form

There are seven key elements to the Employee Performance Review Form:

1. Key Objectives - The immediate supervisor and employee jointly agree on the employee's key objectives, expected to be no more than ten, and metrics at the start of the performance period. The employee summarizes them in the Key Objectives column of the form.

2. Performance to Objectives and Accomplishments / Supervisor Rating - For final performance discussions, the employee inputs performance toward key objectives and accomplishments in appropriate column. The supervisor reviews and edits the input based on review of relevant performance data and metrics and then assigns a rating for each objective using the following definitions:
   - Not Applicable
   - Did Not Meet - Did not meet one or more critical aspects of this objective
   - Met Most - Met most expectations of this objective
   - Met - Met all expectations of this objective
   - Exceeded Some - Exceeded some expectations of this objective
   - Exceeded Most - Exceeded most or all expectations of this objective

3. Employee Comments on Overall Performance (Optional) - The employee may provide brief comments on their overall performance during the performance period, including performance to objectives and ONE Ford Behaviors.

4. Assessment of ONE Ford Behaviors - The immediate supervisor assesses the employee on each ONE Ford Behavior along the continuum of Ineffective, Mostly Effective, Effective, Very Effective or Highly Effective. Supervisors may also give specific examples of strengths and opportunities for improving ONE Ford Behaviors.

5. Final Overall Performance Rating - The supervisor provides an overall performance rating for the employee, based on individual performance to objectives, assessment of the ONE Ford Behaviors, and relative performance to peers (as determined by the Related Work Group as appropriate). Following determination of the final performance rating, the supervisor holds a performance discussion with the

employee and communicates the rating. An Unsatisfactory rating must be reviewed with Human Resources before being administered and will require a Performance Enhancement Plan to be developed for the employee. It is recommended a Performance Enhancement Plan be developed for an employee trending towards Unsatisfactory. Review ratings are defined below and each rating includes an assessment of relative performance:

*Only Ratings Revised*

- Top Achiever - Exceeded most objectives and demonstrated effective to highly effective ONE Ford Behaviors, at the highest level relative to peers
- Achiever - Met all and/or may have exceeded some objectives and demonstrated effective to highly effective ONE Ford Behaviors, at a level relative to most peers
- Lower Achiever - Met some objectives and/or inconsistently demonstrated effective ONE Ford Behaviors, at a lower level relative to peers
- Unsatisfactory - Did not meet objectives and/or demonstrated ineffective ONE Ford Behaviors, and requires a plan for improvement

Supervisors may also provide additional comments regarding the employee's overall performance.

6. Areas of Focus Over Next Performance Period - The immediate supervisor should use this section to provide employee recommendations for development in the upcoming performance period. Examples include strengthening a ONE Ford Behavior, taking a training class or working on an assignment for developmental purposes.

7. Signatures - The immediate supervisor signs the final review then the employee is asked to sign the form to acknowledge the performance discussion has occurred.

## Handling Salaried Employee Performance Deficiencies

It is the supervisor's responsibility to bring instances of performance deficiencies to the attention of employees when they occur and to document counseling efforts when performance is below an acceptable level. Generally, employees should be provided the opportunity to correct performance deficiencies.

## Performance Enhancement Plan

If an employee's performance is Unsatisfactory or trending toward Unsatisfactory, supervisors are to develop a Performance Enhancement Plan (PEP) with input and concurrence from Human Resources. The PEP establishes specific requirements an employee must meet or exceed to raise their level of performance within a specified timeframe. Regular counseling sessions should be held with the employee to discuss progress and these discussions should be documented, dated, and signed by the supervisor.

## Additional Resources

For more information on this topic visit:

- HR ONLINE, Policies & Programs, Performance Management Process
- ONE Ford Behaviors

## Contacts for Additional Help

- Your supervisor and/or HR Business Partner
- If located within the US, contact the NESC, HR Policies, Payroll, and Professional Transactions activity at 1-800-248-4444
- Outside the U.S., follow the local process for obtaining assistance

Ford Motor Company and its affiliates are committed to protecting personal data. Through HR ONLINE, you may be provided access to the person data of other employees to perform your employment duties. As a condition of such access, you acknowledge and agree that you will access and use such data only for legitimate business purposes, and that you will comply with all applicable policies and requirements. Failure to comply may res in disciplinary action up to and including termination.

The policies, plans and programs described in HR ONLINE are not contracts and do not alter any at will relationship the Company has with its employees. The Company may amend, suspend or terminate these policies, plans or programs at any time without prior notice, subject to any applicable collective bargaining agreement. If there is any difference between the information on this Website and the actual policy, plan or progra the official documents will prevail. You may request a printed copy of any benefits Summary Plan Description or Summary of Material Modificatio no charge, by contacting the NESC at 1-800-248-4444

©2012 Ford Motor Company     Feedback | FAQ | Sitemap



**...PLOYMENT OPPORTUNITY COMMISSION**

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

Nicole Liggins

Re: Nicole Liggins v. FORD MOTOR COMPANY
   EEOC Charge Number: 440-2022-01323

## NOTICE OF TRANSFER OF Charge of Discrimination

This is to notify you that the above-referenced Charge of Discrimination has been transferred to the Houston District Office for Workload Redistribution. Please make all future contact regarding this charge to:

Houston District Office
1919 Smith Street 6th Floor
Houston, TX 77002
Phone: (346) 327-7700
Email: HoustonIntake@EEOC.GOV

On Behalf of the Commission:

Digitally Signed By:Julianne Bowman
02/09/2023

Julianne Bowman
District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | **440-2022-01323** |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Nicole Liggins | (219) 616-1244 | |

| Street Address |
|---|
| 994 Deer Cross Trail |
| NEW CHICAGO, IN 46342 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| FORD MOTOR COMPANY | 501+ Employees | (773) 647-7229 |

| Street Address |
|---|
| 12600 Torrence Ave |
| HEGEWISCH, IL 60633 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Disability | 11/16/2021 | 11/16/2021 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent on or around October 23, 1995. My most recent position is Process Coach. Respondent was aware of my disability. I requested a reasonable accommodation. My accommodation request was approved, however, my supervisor refused to honor it. I was subjected to continuous harassment. On or around February 11, 2022, I was forced to take medical leave. I believe I was discriminated against because of my disability in violation of the American with Disability Act of 1990, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY -- *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Nicole Liggins**  **03/03/2022**  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Notes from scheduled call on schedule vacation day off on 11/23/21/at 3:30 pm

Was told this was a private call and nothing should not be communicated to anyone and only through email to the parties on the call

Private call between the group.

1. Medical restrictions for 20 hours on site and 20 remotes
2. October remote work has run out
3. Unicare did not approve the 20 hours.
4. Need to the update the medical information to Unicare- my responsibility
5. Current situation – no approval for the 20 hours off- not covered
6. Need to come full time unless you have a way to cover the 20 hours off by vacation flex family care or FMLA.
7. Was asked if I had the ability to cover the time off. I said yes. Kyler stated 20 hours not worked needs to be covered by FMLA or Vacation or flex care.
8. Susie added to keep looking on Jobs online to see if there is something that can better fit into my role. Check everyday
9. Adjust my FMLA request for more coverage.
10. Kyle said they can right now provide 20 hours of work as long as I can find a way to cover the 20 hours off.
11. Kyle expressed While the 20 hours is available now it's going to become an unreasonable burden to the company that to provide 20 hours of work to provide for a 40-hour position.
12. I apologized for have a mental condition that is causing a burden to the company
13. Kyle changes his wording calling it an undue hardship per EEOC. Kyle stated I misunderstood the terminology.
14. Express that soon they may not be able to accommodate the 20 hours of work.
15. Susie -stated we need a final decision from Unicare she would help set up a phone call to understand. I need to see how many hours I have left in FMLA time.
16. At this point I was overwhelmed and became tearful.